**United States Bankruptcy Court**
**District of Puerto Rico, San Juan Division**

IN RE:                                                Case No. _____

**LR BAKERY STORES INC.** _____ Chapter **11** _____

                             Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **September 23, 2016** _____ Signature: **_/s/ Angela Hong Tirse_** _____

                                    **Angela Hong Tirse, President**             Debtor

Date: _____ Signature: _____

                                                         Joint Debtor, if any

```
AUTORIDAD ACUEDUCTOS Y ALCANTARRILLADOS
PO BOX 70101
SAN JUAN, PR  00936-8101


AUTORIDAD ENERGIA ELECTRICA
PO BOX 363508
SAN JUAN, PR  00936-3508


Payco Foods Corporation
PO Box 11219
San Juan, PR  00922-1219


Suc. Antonia Cotto Velazquez
PO Box 902
Punta Santiago, PR  00741-0902
```

B201B (Form 201B) (12/09)

### United States Bankruptcy Court
### District of Puerto Rico, San Juan Division

IN RE:                                                                    Case No. _____

**LR BAKERY STORES INC.** _____    Chapter **11** _____
Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____ | Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer | petition preparer is not an individual, state
Address: | the Social Security number of the officer,
_____ | principal, responsible person, or partner of
_____ | the bankruptcy petition preparer.)
**X** _____ | (Required by 11 U.S.C. § 110.)
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**LR BAKERY STORES INC.** _____ | **X** */s/ Angela Hong Tirse*                      9/23/2016
Printed Name(s) of Debtor(s) | Signature of Debtor                              Date

Case No. (if known) _____ | **X** _____
 | Signature of Joint Debtor (if any)              Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**Fill in this information to identify the case:**

Debtor name **LR BAKERY STORES INC.**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known)

☐ Check if this is an amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other **loss** | **$-17,436.00** |
| **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other | **$117,126.00** |
| **For the fiscal year:**<br>From **1/01/2013** to **12/31/2013** | ■ Operating a business<br>☐ Other | **$111,963.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor **LR BAKERY STORES INC.** Case number *(if known)* _____

adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Debtor | **LR BAKERY STORES INC.** | Case number (if known) | |
|---|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Garcia- Arregui & Fullana PSC**<br>**252 Ponce de Leon Ave Ste 1101**<br>**San Juan, PR 00918** | 8000.00 plus fiing fee of $1717,00 | 08/15/2016 | $9,717.00 |
| | Email or website address<br>i | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | LR BAKERY STORES INC. | Case number *(if known)* _____ |
|---|---|---|

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **LR BAKERY STORES INC.**                                        Case number *(if known)* _____

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☑ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

---

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page **5**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **LR BAKERY STORES INC.**                                          Case number *(if known)*

---

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
|  |  |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
|  |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lorenzo Rizo** | **PO Box 1212**<br>**Las Piedras, PR 00771-1212** | **stockholder** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Angela hong Tirse** |  | **Presdient** | **50** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **LR BAKERY STORES INC.**                                        Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 23, 2016**

**/s/ Angela Hong Tirse**                                   **Angela Hong Tirse**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**    **LR BAKERY STORES INC.**

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    66-0629259

4. **Debtor's address**

   **Principal place of business**

   **URB. BONNEVILE HEIGHTS Q-25 CALLE 10 AVE**
   **CAGUAS, PR 00725**
   Number, Street, City, State & ZIP Code

   **Las Piedras**
   County

   **Mailing address, if different from principal place of business**

   **PO Box 1212**
   **Las Piedras, PR 00771-1212**
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**

   **URB. BONNEVILLE HEIGHTS Q-25 CALLE 10 CA**
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify:

Debtor    **LR BAKERY STORES INC.**                                     Case number (*if known*)
          Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | District | | When | Case number, if known | |

| Debtor | **LR BAKERY STORES INC.** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in** *this district?*    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

          Contact name _____

          Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **LR BAKERY STORES INC.**                                    Case number (*if known*) _____
          Name

---

| Request for Relief, Declaration, and Signatures |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 23, 2016**
              MM / DD / YYYY

X **/s/ Angela Hong Tirse**                          **Angela Hong Tirse**
  Signature of authorized representative of debtor     Printed name

Title   **President**

---

**18. Signature of attorney**

X **/s/ Isabel Fullana**                    Date  **September 23, 2016**
  Signature of attorney for debtor                MM / DD / YYYY

**Isabel Fullana**
Printed name

**Garcia- Arregui & Fullana PSC**
Firm name

**PO Box 11579**
**San Juan, PR 00910-2679**
Number, Street, City, State & ZIP Code

Contact phone   **(787) 766-2530**        Email address  **isabelfullana@gmail.com**

**7955**
Bar number and State

---

Formulario 460.2  Rev 02.16

**20 15** ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA **20 15**

# Planilla de Contribución sobre Ingresos de Corporaciones

AÑO CONTRIBUTIVO COMENZADO EL **07** de **01** de **2015** Y TERMINADO EL **30** de **06** de **2016**

| Liquidador: | Revisor: |
| Investigado por: | |
| Fecha  /  / | |
| R M N | |

Número de Serie

☐ PLANILLA ENMENDADA

Sello de Pago

Nombre del Contribuyente
**LR Bakery Stores Inc**

Dirección Postal
**PO BOX 1212**
**Las Piedras PR**

Código Postal  **00771-**

Número de Identificación Patronal
**66-0629259**

Núm. de Registro del Departamento de Estado
**445291**

| Clave Industrial | Cod. Municipal |
| **445291** | **46** |

Número de Registro de Comerciante

Localización de la Industria o Negocio Principal - Número, Calle, Pueblo
**Ave. Degetau Bonneville Heigths**
**Caguas PR**  **00725-**

Número de Teléfono - Extensión
( **787** )  **743- 7511**

Número de Recibo:
Importe:

Naturaleza de la Industria o Negocio Principal (Ej. Ferretería, Cafetería, etc.)
**Panadería & Repostería**

Fecha de Incorporación
Día **07** / Mes **08** / Año **2003**

Tipo de Entidad
**Corp. Intima**

| Marque el encasillado correspondiente, si aplica | CAMBIO DE DIRECCIÓN | Lugar de Incorporación | Indique si es miembro de un grupo de entidades relacionadas |
| ☐ Primera planilla  ☐ Última planilla | ☐ Sí  ☒ No | **Puerto Rico** | ☐ Sí  ☒ No |
| Contratos con Organismos Gubernamentales | Correo Electrónico de Persona Contacto (E-mail) | | Número de grupo |
| ☐ Sí  ☒ No | | | |

### PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO

**Reintegro**

| | | | |
|---|---|---|---|
| 1. CONTRIBUCIÓN PAGADA EN EXCESO (Parte IV, línea 58. Indique distribución en las líneas A, B, C y D) | (1) | | 00 |
| A) Acreditar a la contribución estimada 2016 | (1A) | | 00 |
| B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan | (1B) | | 00 |
| C) Aportación al Fondo Especial para la Universidad de Puerto Rico | (1C) | | 00 |
| D) A REINTEGRAR | (1D) | 0 | |

**Pago**

| | | | |
|---|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Parte IV, línea 58) | (2) | 0 | |
| 3. Menos: Cantidad pagada (a) Con Planilla | (3a) | | 00 |
| (b) Intereses | (3b) | | 00 |
| (c) Recargos  y Penalidades | (3c) | 0 | 00 |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) | (4) | 0 | 00 |

### JURAMENTO

Nosotros, los suscribientes, presidente (o vicepresidente u otro oficial principal) y tesorero (o tesorero auxiliar), o agente de la corporación a nombre de la cual se hace esta planilla de contribución sobre ingresos, cada uno por sí, bajo el más solemne juramento y so pena de perjurio, declaramos que hemos examinado la misma (incluyendo anejos y estados que la acompañan), y que según nuestro mejor conocimiento y creencia es una planilla exacta, correcta y completa, hecha de buena fe, de acuerdo con el Código de Rentas Internas de Puerto Rico de 2011, según enmendado, y sus Reglamentos.

*Angela Hong*
Nombre del presidente o vicepresidente

*A Hong*
Firma del presidente o vicepresidente

*8/20/16*
Fecha

Nombre del tesorero o tesorero auxiliar

Firma del tesorero o tesorero auxiliar

Fecha

Nombre del agente

Firma del agente

Fecha

### PARA USO DEL ESPECIALISTA SOLAMENTE

Declaro bajo penalidad de perjurio que he examinado esta planilla (incluyendo los anejos y estados adjuntos), y a mi mejor conocimiento y creencia, los datos en la misma son ciertos, correctos y constituyen en conjunto una planilla exacta y completa. La declaración de la persona que prepará esta planilla es con relación a la información recibida y ésta puede ser verificada.

**4P** Nombre del especialista (Letra de molde)
**MS Asoc**

Núm. de registro
| 1 | 9 | 0 | 7 | 9 |

Fecha

Marque si es especialista por cuenta propia

Nombre de la firma
**MS Asoc**

Firma del especialista

Dirección  **PO Box 7276**
**Caguas PR**

Código postal
**00726**

### NOTA AL CONTRIBUYENTE

Indique si hizo pagos por la preparación de su planilla: ⬤ Sí ☒ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Período de Conservación: Diez (10) años

COQUINTERACTIVE (www.tributa.org) 2015

Formulario 480.2    Rev. 02.16    Gráfica y Store Industries - Corporation - Página 2

| **Parte I** | **Determinación del Ingreso Neto (o Pérdida) de Operaciones** | | | |
|---|---|---|---|---|
| 1. | Ventas netas de bienes o productos (Véanse instrucciones) ............................................ **24** | (1) | 869,318 | 00 |
| | Menos: Costos de ventas o costos directos de producción | | | |
| 2. | Inventario al comienzo del año ☐ 1 "C" ☐ 2 "C" o "VM" | (2) | 35,260 | 00 |
| 3. | Compra de materiales o mercadería ............................................ | (3) | 551,597 | 00 |
| 4. | Jornales directos ............................................ | (4) | 201,559 | 00 |
| 5. | Otros costos directos (De la Parte V, línea 17) ............................................ | (5) | 98,338 | 00 |
| 6. | Costo de bienes disponibles para la venta (Sume líneas 2 a la 5) ............................................ | (6) | 886,754 | 00 |
| 7. | Menos: Inventario al finalizar el año ☐ 1 "C" ☐ 2 "C" o "VM" | (7) | | 00 |
| 8. | Total de costos de ventas o costos directos de producción (Línea 6 menos línea 7) ............................................ | (8) | 886,754 | 00 |
| 9. | Ganancia bruta de la venta de bienes o productos (Línea 1 menos línea 8) ............................................ | (9) | -17,436 | 00 |
| 10. | Ingreso bruto generado en la venta de servicios ............................................ | (10) | | 00 |
| 11. | Ganancia neta de capital (Anejo D Corporación, Parte V, línea 21) ............................................ | (11) | | 00 |
| 12. | Ganancia neta (o pérdida) en la venta de propiedad que no sea activo de capital (Anejo D Corporación, Parte V, línea 22) ... | (12) | | 00 |
| 13. | Renta ............................................ | (13) | | 00 |
| 14. | Intereses: (a) Sujetos a la tasa preferencial de 10% _____ (b) Otros _____ | (14) | 0 | 00 |
| 15. | Ingreso por comisiones ............................................ | (15) | | 00 |
| 16. | Dividendos de corporaciones: (a) Domésticas_____ (b) Extranjeras_____ | (16) | 0 | 00 |
| 17. | Participación distribuible en el ingreso neto de sociedades y sociedades especiales (Anejo R Corporación, Parte III, línea 5) ... | (17) | | 00 |
| 18. | Participación distribuible en el ingreso neto sujeto a tasas preferenciales proveniente de sociedades y sociedades especiales ... | (18) | | 00 |
| 19. | Beneficio tributable de agricultura (Anejo S Corporación, Parte I, línea 9) ............................................ | (19) | | 00 |
| 20. | Ingreso neto derivado de las operaciones de una entidad financiera internacional que opera como una unidad de un banco ... | (20) | | 00 |
| 21. | Fletes y pasajes ............................................ | (21) | | 00 |
| 22. | Regalías ............................................ | (22) | | 00 |
| 23. | Condonación de deudas (Someta Formulario 480.6A) ............................................ | (23) | | 00 |
| 24. | Espectáculos públicos ............................................ | (24) | | 00 |
| 25. | Otros pagos reportados en un Formulario 480.6A o 480.6B ............................................ | (25) | | 00 |
| 26. | Ingresos misceláneos ............................................ | (26) | | 00 |
| 27. | **Total de ingresos** (Sume líneas 9 a la 26) ............................................ | (27) | -17,436 | 00 |
| 28. | **Menos:** Cantidad exenta bajo Ley 135-2014 (Véanse instrucciones) ............................................ | (28) | | 00 |
| 29. | Total de ingreso después de la exención bajo la Ley 135-2014 (Línea 27 menos línea 28) ............................................ | (29) | -17,436 | 00 |
| 30. | **Menos:** Total de deducciones (De la Parte VI, línea 51) ............................................ | (30) | 131,583 | 00 |
| 31. | **Ingreso neto (o pérdida) de operaciones** (Línea 29 menos línea 30) ............................................ | (31) | -149,019 | 00 |

| **Parte II** | **Determinación del Ingreso Neto (o Pérdida)** | | | |
|---|---|---|---|---|
| 32. | **Menos:** Deducción por pérdida neta en las operaciones del año anterior (Someta Anejo G Corporación. No exceder del 80% de la línea 31) ... | (32) | 0 | 00 |
| 33. | **Ingreso neto (o pérdida)** (Línea 31 menos línea 32) ............................................ | (33) | -149,019 | 00 |

| **Parte III** | **Determinación del Ingreso Neto Sujeto a Contribución Normal y Contribución Adicional** | | | |
|---|---|---|---|---|
| 34. | **Menos:** Dividendos o beneficios recibidos de corporaciones domésticas (Véanse instrucciones) ............................................ | (34) | | 00 |
| 35. | **Ingreso neto sujeto a contribución normal** (Línea 33 menos línea 34) ............................................ | (35) | 0 | 00 |
| 36. | **Menos:** Deducción para fines de la contribución adicional (Marque aquí si viene del Modelo SC 2652 ☐ ............................................ | (36) | 25,000 | 00 |
| 37. | **Ingreso neto sujeto a contribución adicional** (Línea 35 menos línea 36) ............................................ | (37) | 0 | 00 |

| **Parte IV** | **Cómputo de la Contribución** | | | |
|---|---|---|---|---|
| 38. | Contribución normal (Multiplique la línea 35 por: ☐ 20% ☐ 15% ☐ 10%) ............................................ | (38) | 0 | 00 |
| 39. | Contribución adicional (Véanse instrucciones) ............................................ | (39) | | 00 |
| 40. | **Contribución Total** (Sume líneas 38 y 39) ............................................ | (40) | 0 | 00 |
| 41. | Contribución Alternativa - Ganancias de Capital y Tasas Preferenciales (Anejo D1 Corporación, línea 9) ............................................ | (41) | | 00 |
| 42. | **Contribución determinada antes del crédito por contribuciones pagadas a los Estados Unidos, sus posesiones y países extranjeros** (Línea 40 o 41, la que sea menor, siempre que la línea 41 sea mayor de cero) ............................................ | (42) | 0 | 00 |
| 43. | Crédito por contribuciones pagadas a los Estados Unidos, sus posesiones y países extranjeros (Anejo C Corporación, Parte III, línea 6(b)) ... | (43) | | 00 |
| 44. | **Contribución determinada antes de contribución alternativa mínima** (Línea 42 menos línea 43) ............................................ | (44) | 0 | 00 |
| 45. | Contribución alternativa mínima en exceso de la contribución regular (Anejo A Corporación, Parte VI, línea 41) ............................................ | (45) | | 00 |
| 46. | **Responsabilidad contributiva antes de créditos contributivos** (Sume líneas 44 y 45) ............................................ | (46) | 0 | 00 |
| 47. | Recobro de crédito reclamado en exceso (Anejo B Corporación, Parte I, línea 3) ............................................ | (47) | | 00 |
| 48. | Crédito por contribución alternativa mínima pagada en años anteriores (Anejo A Corporación, Parte VII, línea 4) ............................................ | (48) | | 00 |
| 49. | Créditos contributivos (Anejo B Corporación, Parte II, línea 26) ............................................ | (49) | | 00 |
| 50. | **Responsabilidad contributiva antes del monto equivalente a dividendo o distribución de beneficios y de la contribución sobre dividendo implícito** (Sume línea 46 y 47 menos línea 48 y 49) ............................................ | (50) | 0 | 00 |
| 51. | Contribución sobre monto equivalente a dividendo o distribución de beneficios (Modelo SC 2879, Contribución sobre Monto Equivalente a Dividendo, línea 11) ............................................ | (51) | | 00 |
| 52. | Contribución sobre dividendo implícito (Véanse instrucciones) (Modelo 2877, Contribución sobre Dividendo Implícito, línea 11) ............................................ | (52) | | 00 |
| 53. | **Responsabilidad Contributiva Total** (Sume líneas 50 a la 52) ............................................ | (53) | 0 | 00 |
| 54. | **Menos: Otros Pagos y Retenciones** (Anejo B Corporación, Parte III, línea 12) ............................................ | (54) | | 00 |
| 55. | **Total no pagado de la contribución** (Si la línea 54 es menor que la línea 53, anote la diferencia aquí, de lo contrario en la línea 56) ............................................ | (55) | 0 | 00 |
| 56. | Exceso de contribución pagada o retenida (Véanse instrucciones) ............................................ | (56) | | 00 |
| 57. | **Adición a la Contribución por Falta de Pago de la Contribución Estimada** (Anejo T Corporación, Parte II, línea 21) ............................................ | (57) | | 00 |
| 58. | BALANCE: • Si línea 56 es mayor que la suma de líneas 55 y 57, usted tiene un sobrepago. Anote diferencia aquí y en línea 1 de página 1. | | | |
| | • Si línea 56 es menor que la suma de líneas 55 y 57, usted tiene un balance pendiente de pago. Anote diferencia aquí y en línea 2 de la página 1. | | | |
| | • Si diferencia entre línea 56 y la suma de líneas 55 y 57 es igual a cero, anote cero aquí y pase a firmar su planilla en la página 1. | (58) | 0 | 00 |

**LA CANTIDAD REFLEJADA EN LA LÍNEA 58 DEBERÁ TRASLADARSE A LA LÍNEA CORRESPONDIENTE DE LA PÁGINA 1.**

Período de Conservación: Diez (10) años

COQUINTERACTIVE (www.tributa.org) 2015

Formulario 480.2 Rev. 02.16

Corporación - Página 3

| Parte V | Otros Costos Directos | | |
|---|---|---|---|
| | Partida 26 | Importe | |
| 1. Jornales, sueldos y bonificaciones ......................... (1) | | 00 | |
| 2. Seguro social federal (FICA) .................................. (2) | | 15,420 | 00 |
| 3. Seguro de desempleo ........................................... (3) | | 4,325 | 00 |
| 4. Primas Fondo Seguro del Estado ............................. (4) | | 5,642 | 00 |
| 5. Seguro médico o de hospitalización ......................... (5) | | | 00 |
| 6. Otros seguros ..................................................... (6) | | 381 | 00 |
| 7. Arbitrios / Impuesto sobre Uso .............................. (7) | | | 00 |
| 8. Impuesto sobre ventas y uso en importaciones ........ (8) | | | 00 |
| 9. Reparaciones ...................................................... (9) | | | 00 |
| 10. Luz y agua ........................................................ (10) | | 65,268 | 00 |

| Partida | Importe | |
|---|---|---|
| 11. Renta .................................................... (11) | | 00 |
| 12. Limpieza, mantenimiento y recogido de desperdicios ........................................ (12) | | 00 |
| 13. Gastos de empaque de productos ............. (13) | | 00 |
| 14. Gastos de comida pagados a empleados de producción (Total $ _____ ) ......... (14) | 0 | 00 |
| 15. Depreciación (Someta Anejo E) ............... (15) | 3,086 | 00 |
| 16. Otros gastos (Someta detalle) ................ (16) | 4,216 | 00 |
| 17. **Total otros costos directos** (Sume líneas 1 a la 16. Igual a la Parte I, línea 5) ......... (17) | 98,338 | 00 |

| Parte VI | Deducciones | | |
|---|---|---|---|
| 1. Compensación a directores (Véanse instrucciones Parte X) ............................................................................. (1) | | 0 | 00 |
| 2. Compensación a oficiales (Véanse instrucciones Parte XI) ............................................................................. (2) | | 0 | 00 |
| 3. Sueldos, comisiones y bonificaciones a empleados (Véanse instrucciones) ....................................................... (3) | | 39,600 | 00 |
| 4. Comisiones a negocios ......................................................................................................................... (4) | | | 00 |
| 5. Seguro social federal (FICA) .................................................................................................................. (5) | | | 00 |
| 6. Seguro de desempleo ........................................................................................................................... (6) | | | 00 |
| 7. Primas Fondo Seguro del Estado ............................................................................................................. (7) | | 4,990 | 00 |
| 8. Seguro médico o de hospitalización ......................................................................................................... (8) | | 218 | 00 |
| 9. Seguros ............................................................................................................................................. (9) | | 11,000 | 00 |
| 10. Intereses pagados en arrendamiento financiero de automóviles (Someta Formulario 480.7D) ............................... (10) | | | 00 |
| 11. Intereses hipotecarios (Someta Formulario 480.7A) ................................................................................... (11) | | | 00 |
| 12. Otros intereses (Véanse instrucciones) .................................................................................................. (12) | | | 00 |
| 13. Renta de propiedad mueble tangible ...................................................................................................... (13) | | | 00 |
| 14. Renta de propiedad inmueble ............................................................................................................... (14) | | 34,100 | 00 |
| 15. Contribución sobre propiedad: (a) Mueble ____1,396____ (b) Inmueble _____ ................................. (15) | | 1,396 | 00 |
| 16. Otras contribuciones, patentes y licencias (No incluya impuesto sobre ventas y uso. Véanse instrucciones ... (16) | | 834 | 00 |
| 17. Impuesto sobre ventas y uso (Véanse instrucciones) ................................................................................. (17) | | | 00 |
| 18. Pérdidas ocasionadas por fuego, huracán, otros siniestros o por robo (Véanse instrucciones) ............................ (18) | | | 00 |
| 19. Gastos de automóviles (Millaje _____ ) (Véanse instrucciones) ...................................................... (19) | | 0 | 00 |
| 20. Gastos de otros vehículos de motor (Véanse instrucciones) ........................................................................ (20) | | | 00 |
| 21. Gastos de comida y entretenimiento (Total _____ ) (Véanse instrucciones) ...................................... (21) | | 0 | 00 |
| 22. Gastos de viajes ................................................................................................................................ (22) | | | 00 |
| 23. Servicios profesionales ....................................................................................................................... (23) | | 3,765 | 00 |
| 24. Aportaciones a planes de pensiones u otros planes calificados (Véanse instrucciones. Someta Modelo SC 6042) .... (24) | | | 00 |
| 25. Depreciación y amortización (Véanse instrucciones. Someta Anejo E) .......................................................... (25) | | | 00 |
| 26. Deudas incobrables (Véanse instrucciones) ............................................................................................. (26) | | | 00 |
| 27. Reparaciones (Véanse instrucciones) ..................................................................................................... (27) | | | 00 |
| 28. Regalías ........................................................................................................................................... (28) | | | 00 |
| 29. Cargos de administración .................................................................................................................... (29) | | | 00 |
| 30. Deducción a patronos que emplean personas impedidas (Véanse instrucciones) ............................................ (30) | | | 00 |
| 31. Aportaciones a cuentas de aportación educativa para los beneficiarios de sus empleados (Véanse instrucciones) ... (31) | | | 00 |
| 32. Gastos en propiedades arrendadas a la Compañía de Fomento Industrial de Puerto Rico o almacén de la Compañía de Comercio y Exportación (Véanse instrucciones) ......................................................................... (32) | | | 00 |
| 33. Gastos incurridos o pagados a accionistas, personas o entidades relacionadas fuera de Puerto Rico (Véanse instrucciones) (Total $ _____ ) .................................................................................... (33) | | | 00 |
| 34. Deducción por gastos incurridos o pagados a accionistas, personas o entidades relacionadas, totalmente deducibles (Véanse instrucciones) (34) | | | 00 |
| 35. Servicios públicos (agua, luz, teléfono, internet, etc.) ............................................................................... (35) | | 16,317 | 00 |
| 36. Limpieza, mantenimiento y recogido de desperdicios .................................................................................. (36) | | 390 | 00 |
| 37. Cargos bancarios ............................................................................................................................... (37) | | 15,333 | 00 |
| 38. Gastos de publicidad y mercadeo (Anuncios) .......................................................................................... (38) | | | 00 |
| 39. Materiales y efectos de oficina ............................................................................................................. (39) | | 181 | 00 |
| 40. Seminarios, adiestramientos y gastos de educación continua para empleados ................................................ (40) | | | 00 |
| 41. Servicios de seguridad ........................................................................................................................ (41) | | | 00 |
| 42. Servicios de cobro de cuentas .............................................................................................................. (42) | | | 00 |
| 43. Servicios subcontratados ..................................................................................................................... (43) | | | 00 |
| 44. Gastos incurridos o pagados por concepto de servicios recibidos de personas no dedicadas a industria o negocio en Puerto Rico ... (44) | | | 00 |
| 45. Gasto por concepto de cuotas, subscripciones y membresías ...................................................................... (45) | | | 00 |
| 46. Gastos relacionados con licencias y programas de computadoras no capitalizables (Véase instrucciones) ........... (46) | | | 00 |
| 47. Otras deducciones (Véanse instrucciones) .............................................................................................. (47) | | 3,409 | 00 |
| 48. **Subtotal de deducciones** (Sume líneas 1 a la 47) ................................................................................... (48) | | 131,533 | 00 |
| 49. Donativos (Véanse instrucciones) .......................................................................................................... (49) | | 50 | 00 |
| 50. Deducción bajo la Ley 185-2014 (Véanse instrucciones) ............................................................................ (50) | | | 00 |
| 51. **Total de deducciones** (Sume líneas 48 a la 50. Traslade a la Parte I, línea 30) ........................................... (51) | | 131,583 | 00 |

Período de Conservación: Diez (10) años

COQUINTERACTIVE (www.tributa.org) 2015

Case 16-07578-BKT11   Doc 18   Filed 09/23/16   Entered 09/23/16 11:12:41   Desc Main Document   Page 18 of 58

| Parte VII | Corporación - Estado de Situación Comparativo | | | | | | | 37 |
|---|---|---|---|---|---|---|---|---|

**Activos**

| | Al comenzar el año | Total | | Al terminar el año | Total |
|---|---|---|---|---|---|
| 1. Efectivo en caja y bancos ............................. (1) | | 50,428 00 | (1) | | 33,014 00 |
| 2. Cuentas a cobrar ......................................... (2) | 00 | | (2) | 00 | |
| 3. Menos: Reserva para cuentas incobrables ...... (3) | ( 00) | 0 00 | (3) | ( 00) | 0 00 |
| 4. Inventarios ................................................. (4) | | 35,260 00 | (4) | | 00 |
| 5. Otros activos corrientes ............................... (5) | | 18,500 00 | (5) | | 14,971 00 |
| 6. Obligaciones a cobrar ................................. (6) | | 25,420 00 | (6) | | 00 |
| 7. Inversiones ................................................. (7) | | 00 | (7) | | 00 |
| 8. Activos depreciables ................................... (8) | 242,801 00 | | (8) | 150,927 00 | |
| 9. Menos: Reserva para depreciación .............. (9) | ( 233,614 00) | 9,187 00 | (9) | ( 150,495 00) | 432 00 |
| 10. Préstamos por cobrar de accionistas o entidades relacionadas ................................................ (10) | | 0 00 | (10) | | 00 |
| 11. Terrenos ................................................... (11) | | 00 | (11) | | 00 |
| 12. Otros activos a largo plazo ......................... (12) | | 830,000 00 | (12) | | 00 |
| 13. **Total de Activos** ................................... (13) | | 968,795 00 | (13) | | 48,417 00 |

**Pasivos y Capital**

**Pasivos**

| | | | | | |
|---|---|---|---|---|---|
| 14. Cuentas a pagar ....................................... (14) | 00 | | (14) | 9,300 00 | |
| 15. Gastos incurridos y no pagados ................. (15) | 9,405 00 | | (15) | 333 00 | |
| 16. Otros pasivos corrientes ............................ (16) | 7,035 00 | | (16) | 00 | |
| 17. Obligaciones a pagar a largo plazo ............. (17) | 00 | | (17) | 00 | |
| 18. Obligaciones a pagar a accionistas o entidades relacionadas ............................................... (18) | 0 00 | | (18) | 2,908 00 | |
| 19. Otras obligaciones a largo plazo ................. (19) | 00 | | (19) | 00 | |
| 20. **Total de Pasivos** ................................... (20) | | 16,440 00 | (20) | | 12,541 00 |

**Capital**

| | | | | | |
|---|---|---|---|---|---|
| 21. Capital en acciones | | | | | |
| (a) Acciones preferidas ............................ (21a) | 00 | | (21a) | 00 | |
| (b) Acciones comunes ............................. (21b) | 1,000,000 00 | | (21b) | 170,000 00 | |
| 22. Sobrante de capital .................................. (22) | 00 | | (22) | 00 | |
| 23. Ganancias retenidas ................................. (23) | -47,645 00 | | (23) | -134,124 00 | |
| 24. Reserva ................................................... (24) | 00 | | (24) | 00 | |
| 25. **Total de Capital** ................................... (25) | | 952,355 00 | (25) | | 35,876 00 |
| 26. **Total Pasivos y Capital** ........................ (26) | | 968,795 00 | (26) | | 48,417 00 |

| Parte VIII | Reconciliación del Ingreso Neto (o Pérdida) según Libros con el Ingreso Neto Tributable (o Pérdida) según Planilla | 38 |
|---|---|---|

1. Ingreso neto (o pérdida) según libros ........... (1)  -86,479 00
2. Contribución sobre ingresos según libros ......... (2)  0 00
3. Exceso de pérdidas de capital sobre ganancias de capital ................................. (3)  00
4. Ingreso tributable no registrado en los libros este año (Detalle, use anejo si es necesario)
   (a) _____
   (b) _____
   (c) _____
   (d) _____
   (e) _____
   (f) _____
   Total .................................... (4)  0 00
5. Gastos registrados en los libros este año no reclamados en esta planilla (Detalle, use anejo si es necesario)
   (a) Comida y entretenimiento (porción no deducible)  0
   (b) Depreciación _____
   (c) Embarcaciones, aeronaves y propiedad localizada fuera de P. R. _____
   (d) Gastos incurridos o pagados a accionistas, personas o entidades relacionadas (porción no deducible) _____
   (e) _____
   (f) _____
   (g) _____
   (h) _____
   (i) _____
   (j) _____
   Total .................................... (5)  0 00
6. **Total** (Sume líneas 1 a la 5) ................... (6)  -86,479 00

7. Ingreso registrado en los libros este año no incluido en esta planilla (Detalle, use anejo si es necesario)
   (a) Ingresos exentos (Anejo IE Corp., Parte II, línea 19)
   (b) Ingresos excluidos (Anejo IE Corp., Parte I, línea 6)
   (c) _____
   (d) _____
   (e) _____
   (f) _____
   (g) _____
   Total .................................... (7)  0 00
8. Deducciones en esta planilla no llevadas contra el ingreso en los libros este año (Detalle, use anejo si es necesario)
   (a) Depreciación _____
   (b) _____
   (c) _____
   (d) _____
   (e) _____
   (f) _____
   (g) _____
   (h) _____
   (i) _____
   Total .................................... (8)  0 00
9. **Total** (Sume líneas 7 y 8) ...................... (9)  0 00
10. **Ingreso neto tributable (o pérdida) según planilla** (Línea 6 menos línea 9) ....................... (10)  -86,479 00

COQUINTERACTIVE (www.tributa.org) 2015

Formulario 480.2  Rev. 02.16    Corporación - Página 5

## Parte IX    Análisis del Sobrante según Libros

| | | | |
|---|---|---|---|
| 1. Balance al comenzar el año .................................... (1) | -47,645 | 00 | 5. Distribuciones: (a) Efectivo ............................. (5a) | | 00 |
| 2. Ingreso neto según libros ....................................... (2) | -86,479 | 00 | (b) Propiedad ............................. (5b) | | 00 |
| 3. Otros aumentos (Detalle, use anejo si es necesario)_____ | | | (c) Acciones ............................. (5c) | | 00 |
| _____ | | | 6. Otras rebajas (Use anejos si es necesario)_____ | | |
| _____ (3) | 0 | 00 | _____ (6) | 0 | 00 |
| 4. **Total** (Sume líneas 1, 2 y 3) ............................ (4) | -134,124 | 00 | 7. Total (Sume líneas 5 y 6) ................................ (7) | 0 | 00 |
| | | | 8. **Balance al finalizar el año** (Línea 4 menos línea 7) .... (8) | -134,124 | 00 |

## Parte X    Compensación a Directores

| Nombre del oficial | Número de seguro social | Por ciento del tiempo dedicado a industria o negocio | Por ciento de las acciones poseídas | | Compensación |
|---|---|---|---|---|---|
| | | | Comunes | Preferidas | |
| | | | | | 00 |
| | | | | | 00 |
| | | | | | 00 |
| | | | | | 00 |
| Total de compensación a directores (Traslade a la Parte VI, línea 1) | | | | | 0  00 |

## Parte XI    Compensación a Oficiales

| Nombre del oficial | Número de seguro social | Por ciento del tiempo dedicado a industria o negocio | Por ciento de las acciones poseídas | | Compensación |
|---|---|---|---|---|---|
| | | | Comunes | Preferidas | |
| | | | | | 00 |
| | | | | | 00 |
| | | | | | 00 |
| | | | | | 00 |
| Total de compensación a oficiales (Traslade a la Parte VI, línea 2) | | | | | 0  00 |

## Parte XII    Cuestionario

| | SÍ | NO |
|---|---|---|
| 1. Si es una corporación extranjera, indique si la industria o negocio operó como sucursal ............................................................. (1) | | X |
| 2. Si es una sucursal, indique el por ciento que representa el ingreso de fuentes de Puerto Rico del total de ingreso de la corporación: ...................... % | | |
| 3. ¿Mantuvo la corporación durante este año parte de sus récords en un sistema computadorizado? ............................................................... (3) | X | |
| 4. Los libros de la corporación están a cargo de: | | |
| Nombre _____ **LR Bakery Stores, Inc.** | | |
| Dirección _____ **PO Box 1212** | | |
| **La Piedras, PR 00771** | | |
| Correo electrónico (E-mail) _____ | | |
| Teléfono _____ | | |
| 5. Indique el método de contabilidad utilizado en los libros para propósitos contributivos:  ☐ Recibido y Pagado  ☒ Acumulación | | |
| ☐ Otro (especifique): _____ | | |
| 6. ¿Rindió la corporación los siguientes documentos?: | | |
| (a) Declaración Informativa (Formularios 480.5, 480.6A, 480.6B) ................ (6a) | X | |
| (b) Comprobante de Retención (Formulario 499R-2/W-2PR) ...................... (6b) | X | |
| 7. Si el ingreso bruto de la entidad o del grupo controlado excede de $3,000,000, ¿Sometió estados financieros auditados por un CPA con licencia de Puerto Rico? (7) | | X |
| 8. Número de empleados durante el año: _____ | | |
| 9. ¿Reclamó la corporación gastos relacionados con la titularidad, uso, mantenimiento y depreciación de: | | |
| (a) ¿Automóviles? .............................................................. (9a) | | X |
| (b) ¿Embarcaciones? ......................................................... (9b) | | X |
| (1) ¿Derivó más del 80% de la totalidad de sus ingresos de actividades relacionadas exclusivamente con la pesca o transportación de pasajeros o de carga o arrendamiento? ...............................(9b1) | | X |
| (c) ¿Aeronaves? ............................................................... (9c) | | X |
| (1) ¿Derivó más del 80% de la totalidad de los ingresos de actividades relacionadas exclusivamente con la transportación de pasajeros o de carga o arrendamiento? ...............................(9c1) | | X |
| (d) ¿Propiedad residencial fuera de Puerto Rico? ........................... (9d) | | X |
| (1) ¿Derivó más del 80% de la totalidad de sus ingresos de actividades relacionadas exclusivamente con el alquiler de propiedades a personas no relacionadas? ...............................(9d1) | | X |

| | SÍ | NO |
|---|---|---|
| 10. ¿Reclamó la corporación gastos relacionados con: | | |
| (a) ¿Alojamiento? (excepto empleados del negocio) ..................... (10a) | | X |
| (b) Empleados que asistieron a convenciones fuera de Puerto Rico o de los Estados Unidos? ............................................... (10b) | | X |
| 11. ¿Distribuyó la corporación, durante el año contributivo, dividendos que no fueran en acciones o en liquidación en exceso de la ganancia corriente y acumulada? Si contestó "SÍ", indique la cantidad _____ (11) | | X |
| 12. ¿Es la corporación socio de una sociedad especial o sociedad? (Si es más de una, someta detalle) ...............................................(12) | | X |
| Nombre de la Sociedad Especial o Sociedad _____ | | |
| Número de identificación patronal _____ | | |
| 13. ¿Recibió ingresos exentos? (Someta Anejo IE Corporación) ...............(13) | | X |
| 14. Anote la cantidad correspondiente de donativos a municipios de la cantidad incluida en la Parte VI, línea 49: _____ | | |
| 15. Indique si pagó primas a aseguradores no autorizados .....................(15) | | X |
| 16. Número de patrono otorgado por el Departamento del Trabajo y Recursos Humanos: _____ | | |
| 17. Número de accionistas: _____ **02** | | |
| (a) ¿Es alguno de los accionistas de la corporación un individuo no residente o corporación extranjera? ...............................(17a) | | X |
| (1) Indique el por ciento de participación del total de accionistas no residentes o corporaciones extranjeras _____ % | | |
| (2) Indique el país de procedencia del accionista extranjero _____ | | |
| 18. ¿Incurrió o pagó gastos a accionistas, personas o entidades relacionadas fuera de Puerto Rico? ............................................... (18) | | X |
| (a) ¿Obtuvo determinación administrativa para tener derecho a la totalidad de la deducción? ...............................................(18a) | | X |
| 19. ¿Reclamó la corporación gastos relacionados con servicios provistos por no residentes de Puerto Rico? ...........................................(19) | | X |
| (a) ¿Pagó el impuesto sobre ventas y uso correspondiente? ..............(19a) | | X |
| 20. ¿Reclamó la corporación gastos de depreciación por propiedad mueble tangible adquirida fuera de Puerto Rico? .................................(20) | | X |
| (a) ¿Pagó el impuesto sobre ventas y uso correspondiente? ...............(20a) | | X |
| 21. ¿Pagó la corporación dividendo implícito durante el año anterior? Si contestó "SÍ", indique la cantidad _____ (21) | | X |

Período de Conservación: Diez (10) años

COQUINTERACTIVE (www.tributa.org) 2015

| Anejo A Corporación | | |
|---|---|---|
| Rev. 12.15 | **CONTRIBUCION ALTERNATIVA MINIMA**<br>Año contributivo comenzado el __07__de __01__ de__2015__ y terminado el __30__ de__ 06__ de __2016__ | **20 15**  Ⓐ |

| Nombre del contribuyente | Número de Identificación Patronal |
|---|---|
| **LR Bakery Stores Inc** | **66-0629259** |

| **Parte I** | **Ajustes en el Cómputo del Ingreso Neto Alternativo Mínimo Antes de Ajustes en los Libros y Pérdidas de Operaciones** | |
|---|---|---|
| 1. | a. Ingreso neto (o pérdida) sujeto a contribución normal (De la Parte I, línea 31 de la planilla)  (1a) | 00 |
| | b. Menos: Ingresos sujetos a tasas preferenciales que haya optado por tributar a la tasa preferencial correspondiente (Anejo D1 Corporación, línea 2(f))  (1b) | 00 |
| | c. Menos: Dividendos o beneficios recibidos de corporaciones domésticas (De la Parte III, línea 34 de la planilla)  (1c) | 00 |
| | d. Ingreso neto (o pérdida) sujeto a contribución normal sin considerar la pérdida neta en operaciones de años anteriores y excluyendo los ingresos sujetos a tasas preferenciales que haya optado por tributar a la tasa preferencial correspondiente (Línea 1(a) menos líneas 1(b) y 1(c))  (1d)  00 | |
| 2. | Ajustes: a. Depreciación flexible  (2a) | 00 |
| | b. Ventas a plazos  (2b) | 00 |
| | c. Contrato a largo plazo  (2c) | 00 |
| | d. Gastos relacionados con intereses exentos  (2d) | 00 |
| | e. Depreciación acelerada  (2e) | 00 |
| | f. Total de ajustes (Sume líneas 2(a) a la 2(e))  (2)  00 | |
| 3. | Ingreso neto (o pérdida) alternativo mínimo antes de ajustes de la Parte II y la pérdida de operaciones (Sume líneas 1(d) y 2(f))  (3)  00 | |

| **Parte II** | **Ajuste por el Exceso del Ingreso Neto Ajustado según Libros sobre el Ingreso Neto Alternativo Mínimo Antes de Ajustes** | |
|---|---|---|
| 4. | Ingreso neto (o pérdida) según libros  (4) | 00 |
| 5. | Ajuste por amortización de plusvalía  (5) | 00 |
| 6. | Contribuciones sobre ingresos consideradas en los libros  (6) | 00 |
| 7. | Sume las líneas 4, 5 y 6  (7)  00 | |
| 8. | Ingreso de intereses exentos neto de gastos relacionados  (8) | 00 |
| 9. | Dividendos y distribuciones de beneficios recibidos de corporaciones o sociedades domésticas, de ingresos de fomento industrial o de desarrollo turístico  (9) | 00 |
| 10. | Ingreso (o pérdida) de fomento industrial, ingreso exento de desarrollo turístico, ingreso de negocio agrícola *bona fide* o ingreso de renta bajo la Ley 132-2010  (10) | 00 |
| 11. | Ingreso (o pérdida) reconocido según el método de equidad  (11) | 00 |
| 12. | Reserva para pérdidas catastróficas  (12) | 00 |
| 13. | Ingresos sujetos a tasas preferenciales que haya optado por tributar a la tasa preferencial correspondiente (De la Parte I, línea 1(b)) (Véanse instrucciones)  (13) | 00 |
| 14. | Sume líneas 8 a la 13  (14) | 00 |
| 15. | Línea 7 menos línea 14  (15) | 00 |
| 16. | Línea 15 menos línea 3. Si la línea 3 es mayor que la línea 15, anote cero  (16) | 00 |
| 17. | Ajuste por el exceso del ingreso neto ajustado según libros sobre el ingreso neto alternativo mínimo de la línea 3 (Multiplique la línea 16 por 60%)  (17) | 00 |

| **Parte III** | **Cómputo del Ingreso Neto Alternativo Mínimo** | |
|---|---|---|
| 18. | Ingreso neto alternativo mínimo antes de pérdida neta en operaciones (Sume líneas 3 y 17)  (18) | 00 |
| 19. | Pérdida neta en operaciones de años anteriores para la determinación de la contribución alternativa mínima (No puede exceder del 70% de la línea 18) (Del Anejo G Corporación, Parte II, línea 13. Someta Anejo G Corporación) (Véanse instrucciones)  (19) | 00 |
| 20. | Línea 18 menos línea 19 (Anote aquí la diferencia, pero no menos del 20% de la línea 18)  (20) | 00 |
| 21. | Cantidad exenta (Véanse instrucciones)  (21) | 00 |
| 22. | Ingreso neto alternativo mínimo (Línea 20 menos línea 21)  (22) | 00 |

| **Parte IV** | **Cómputo de la Contribución Mínima Tentativa y del Crédito Alternativo Mínimo por Contribuciones Pagadas al Extranjero** | |
|---|---|---|
| 23. | Contribución mínima tentativa antes del crédito por contribuciones pagadas al extranjero (Multiplique la línea 22 por 30%)  (23) | 00 |
| 24. | Ingreso neto alternativo mínimo antes de la deducción por pérdida neta en operaciones (Línea 18)  (24) | 00 |
| 25. | Cantidad exenta permisible sin considerar la pérdida neta en operaciones (Véanse instrucciones)  (25) | 00 |
| 26. | Línea 24 menos línea 25  (26) | 00 |
| 27. | Multiplique la línea 26 por 30%  (27) | 00 |
| 28. | Multiplique la línea 27 por 10%  (28) | 00 |
| 29. | Límite del crédito (Línea 23 menos línea 28)  (29) | 00 |
| 30. | Crédito alternativo mínimo por contribuciones pagadas al extranjero (Esta cantidad no podrá exceder la cantidad en la línea 29. Véanse instrucciones)  (30) | 00 |
| 31. | Contribución mínima tentativa neta del crédito por contribuciones pagadas al extranjero (Línea 23 menos línea 30. Traslade a la Parte VI, línea 37)  (31) | 00 |

Período de Conservación: Diez (10) años

Rev. 12.15

Anejo A Corporación - Página 2

| Parte V | Cómputo de Gastos Pagados a una Persona Relacionada y Compras de Propiedad Mueble de una Persona Relacionada | |
|---|---|---|
| 32. | Gastos incurridos o pagados a una persona relacionada y transferencia de costos o asignación de gastos de una oficina principal ("Home Office") localizada fuera de Puerto Rico a una sucursal ("Branch") dedicada a la industria o negocio en Puerto Rico (Esta cantidad proviene de la línea de Total de la Parte VI, línea 33 de la planilla)............................... (32) | 00 |
| 33. | Multiplique la línea 32 por 20% ........................................................................................ (33) | 00 |
| 34. | Compras de propiedad mueble de una persona relacionada y transferencia de propiedad mueble de una oficina principal ("Home Office") localizada fuera de Puerto Rico a una sucursal ("Branch") dedicada a la industria o negocio en Puerto Rico ........................ (34) | 00 |
| 35. | Multiplique la línea 34 por el porciento que aplique [ %](Véanse instrucciones)........................ (35) | 00 |
| 36. | Total de gastos pagados a una persona relacionada y compras de propiedad mueble de una persona relacionada (Sume líneas 33 y 35) ........................................................................................ (36) | 00 |

| Parte VI | Cómputo de la Contribución Alternativa Mínima | |
|---|---|---|
| 37. | Contribución mínima tentativa después del crédito alternativo mínimo por contribuciones pagadas al extranjero (Línea 31 de la Parte IV) ........................................................................................ (37) | 00 |
| 38. | Total de gastos pagados a una persona relacionada y compras de propiedad mueble de una persona relacionada (Línea 36 de la Parte V) ........................................................................................ (38) | 00 |
| 39. | Contribución mínima tentativa (Anote la mayor entre líneas 37 y 38) ........................................... (39) | 00 |
| 40. | Contribución total neta del crédito por contribuciones pagadas al extranjero (Línea 40 línea 43 de la Parte IV, página 2 de la planilla)........................................................................................ (40) | 00 |
| 41. | Contribución alternativa mínima (Línea 39 menos línea 40. Si la línea 40 excede la línea 39, anote cero, de lo contrario, anote la diferencia en el Formulario 480.2, página 2, Parte IV, línea 45) ........................................ (41) | 00 |

| Parte VII | Cómputo del Crédito de Contribución Alternativa Mínima | |
|---|---|---|
| 1. | Exceso de la contribución regular sobre la contribución alternativa mínima para el año corriente (Línea 40 menos línea 39 de la Parte VI. Si la línea 39 excede la línea 40, anote cero) ........................................ (1) | 00 |
| 2. | Multiplique la línea 1 por 25% y anote el resultado aquí ........................................................... (2) | 00 |
| 3. | Cantidad de contribución alternativa mínima pagada en años anteriores y no reclamada como crédito (Parte VIII, línea 11)............. (3) | 00 |
| 4. | Cantidad del crédito a reclamar (Anote lo menor entre la línea 2 o 3. Traslade a la línea 48, Parte IV de la planilla).................. (4) | 00 |

| Parte VIII | Determinación de la Cantidad de Contribución Alternativa Mínima Pagada en Años Anteriores No Reclamada como Crédito | | |
|---|---|---|---|
| Año Contributivo (Día / Mes / Año) | (A) Contribución Alternativa Mínima Pagada en Exceso de la Contribución Regular | (B) Cantidad Utilizada como Crédito en Años Anteriores | (C) Balance |
| 1. | 00 | 00 | 00 |
| 2. | 00 | 00 | 00 |
| 3. | 00 | 00 | 00 |
| 4. | 00 | 00 | 00 |
| 5. | 00 | 00 | 00 |
| 6. | 00 | 00 | 00 |
| 7. | 00 | 00 | 00 |
| 8. | 00 | 00 | 00 |
| 9. | 00 | 00 | 00 |
| 10. | 00 | 00 | 00 |
| 11. Total (Traslade a la Parte VII, línea 3 de este Anejo) ........................... (11) | | | 00 |

Periodo de Conservación: Diez (10) años

COQUINTERACTIVE (www.tributa.org) 2015

**LR Bakery Stores Inc**

**66-0629259**

**Parte V Otros gastos**
**PARA EL AÑO TERMINADO EL 30 / 06 / 2016**

| | | |
|---|---|---|
| **Gas Propano** | | **$4216** |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **TOTAL** | **$4216** |

**LR Bakery Stores Inc**

66-0629259

Parte 6 LINEA 47
PARA EL AÑO TERMINADO EL 30 / 06 / 2016

| Gastos Nomina | | $3409 |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **TOTAL** | $3409 |

**LR BAKER STORES**
**DEPRECIATION**
**6/30/2016**

**FIXED ASSETS**

| DESCRIPTION | DATE ACQUIRED | BALANCE ORIGINAL COST | 2016 PRIOR DEPRECIACION | LIFE | 6/30/2016 DEPRECIACION |
|---|---|---|---|---|---|
| | | | | | - |
| Equipo y mobiliario | 1/8/2003 | 15,000.00 | 15,000.00 | 10 | - |
| Equipo Cafeteria | 1/9/2004 | 12,000.00 | 12,000.00 | 10 | - |
| Equipo Cafeteria | 1/11/2005 | 10,000.00 | 10,000.00 | 10 | - |
| Equipo Cafeteria | 1/2/2005 | 20,000.00 | 20,000.00 | 10 | - |
| Equipo | 8/2/2007 | 12,310.00 | 9,029.00 | 10 | 1,231.00 |
| Puerta Corrediza | 11/27/2007 | 3,150.00 | 3,150.00 | 10 | - |
| | | | | | |
| Transformador | 8/15/2008 | 16,700.00 | 11,412.00 | 10 | 1,670.00 |
| | | | | | |
| Equipo Oficina | 3/30/2004 | 2,714.00 | 2,714.00 | 5 | - |
| | | | | | |
| Mejoras | | 150,000.00 | 150,000.00 | 10 | - |
| | | | | | |
| A/C | 10/30/2013 | 927.46 | 309.15 | 5 | 185.49 |
| | | | | | |
| | | | | | |
| | TOTAL | 242,801.46 | 233,614.15 | | 3,086.49 |

Formulario 480.2   Rev. 02.15

| Liquidador: | Revisor: | **2014** | ESTADO LIBRE ASOCIADO DE PUERTO RICO DEPARTAMENTO DE HACIENDA | **2014** | Número de Serie |

Investigado por:

Fecha ___/___/___

R M N

# Planilla de Contribución sobre Ingresos de Corporaciones

AÑO CONTRIBUTIVO COMENZADO EL
01 de 07 de 2014 TERMINADO EL 30 de 06 de 2015

☐ PLANILLA ENMENDADA

Sello de Pago

**Nombre del Contribuyente**
LR Bakery Stores Inc

**Dirección Postal**
PO BOX 1212

Las Piedras PR

Código Postal   00771-

"Coloque el Sello de Goma (Label) aquí".

**Número de Identificación Patronal**
66-0629259

**Núm. de Registro del Departamento de Estado**
137638

**Clave Industrial** 445291   **Cod. Municipal** 46

**Número de Registro de Comerciante**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
AREA COBROS
**RECIBIDO**
15 OCT. 2015
SIN PAGO
SECRETARIO DE HACIENDA

**Localización de la Industria o Negocio Principal - Número, Calle, Pueblo**
Ave. Degetau Bonneville Heights
Caguas PR

**Naturaleza de la Industria o Negocio Principal** (Ej. Ferretería, Cafetería, etc.)
Panadería & Repostería

Marque el encasillado correspondiente, si aplica
☐ Primera planilla   ☐ Última planilla

**CAMBIO DE DIRECCIÓN**
☐ Si   ☒ No

**Contratos con Organismos Gubernamentales**
☐ Si   ☒ No

**PLANILLA 2015**
☒ Español   ☐ Inglés

**Número de Teléfono - Extensión**
( 787 ) 743 - 7511

**Fecha de Incorporación**
Día 07 / Mes 08 / Año 2003

**Lugar de Incorporación**
Puerto Rico

**Correo Electrónico de Persona Contacto (E-mail)**

**Tipo de Entidad**
Corporacion

Indique si es miembro de un grupo de entidades relacionadas
☐ Si   ☒ No

**Número de grupo**

**Número de Recibo:**
Importe:

| | | | |
|---|---|---|---|
| Parte I | 1. Ingreso neto (o pérdida) de operaciones (De la Parte V, línea 54) | (1) | 5,672 00 |
| | 2. Menos: Deducción por pérdida neta en las operaciones del año anterior (Someta detalle) | (2) | 5,672 00 |
| Parte II | 3. Ingreso neto (o pérdida) | (3) | 00 |
| | 4. Menos: Dividendos o beneficios recibidos de corporaciones domésticas (Véanse instrucciones) | (4) | 00 |
| | 5. Ingreso neto sujeto a contribución normal (Línea 3 menos línea 4) | (5) | 00 |
| | 6. Menos: Deducción para fines de la contribución adicional (Marque aquí si viene del Modelo SC 2652 ☐) | (6) | 25,000 00 |
| | 7. Ingreso neto sujeto a contribución adicional (Línea 5 menos línea 6) | (7) | 00 |
| Parte III | 8. Contribución normal (Multiplique la línea 5 por: ☐ 20% ☐ 15% ☐ 10%) | (8) | 00 |
| | 9. Contribución adicional (Véanse instrucciones) | (9) | 00 |
| | 10. Contribución Total (Sume líneas 8 y 9) | (10) | 00 |
| | 11. Contribución Alternativa - Ganancias de Capital y Tasas Preferenciales (Anejo D Corporación, Parte VI, línea 47) | (11) | 00 |
| | 12. Contribución Determinada (Línea 10 o 11, la que sea menor, siempre que la línea 11 sea mayor de cero) | (12) | 00 |
| | 13. Recobro de crédito reclamado en exceso (Anejo B Corporación, Parte I, línea 3) | (13) | 00 |
| | 14. Créditos contributivos (Anejo B Corporación, Parte II, línea 25) | (14) | 00 |
| | 15. Responsabilidad contributiva antes de contribución alternativa mínima (Suma de las líneas 12 y 13 menos línea 14) | (15) | 00 |
| | 16. Contribución alternativa mínima (Anejo A Corporación, Parte VI, línea 41) | (16) | 00 |
| | 17. Contribución sobre monto equivalente a dividendo o distribución de beneficios (Modelo SC 2879, Contribución sobre Monto Equivalente a Dividendo, línea 11) | (17) | 00 |
| | 18. Contribución sobre dividendo implícito (Véanse instrucciones) (Modelo 2877, Contribución sobre Dividendo Implícito, línea 11) | (18) | 00 |
| | 19. Contribución sobre ingresos a tasas preferenciales bajo leyes especiales (Anejo A Corporación, Parte VII, línea 50) | (19) | 00 |
| | 20. Contribución adicional sobre ingreso bruto (Véanse instrucciones) | (20) | 00 |
| | 21. Contribución adicional sobre ingreso bruto en caso de negocio financiero (Véanse instrucciones) | (21) | 00 |
| | 22. Responsabilidad Contributiva Total (Sume líneas 15 a la 21) | (22) | 00 |
| | 23. Menos: Otros Pagos y Retenciones (Anejo B Corporación, Parte III, línea 11) | (23) | 00 |
| | 24. Balance de contribución a pagar (Si la línea 22 es mayor que la línea 23, anote la diferencia aquí, de lo contrario, en la línea 26) | | |
| | a) Contribución (24a) 00 | | |
| | b) Intereses (24b) 00 | | |
| | c) Recargos (24c) 00 | | |
| | d) Total (Sume líneas 24(a) a la 24(c)) | (24d) | 00 |
| | 25. Adición a la Contribución por Falta de Pago de la Contribución Estimada (Anejo T Corporación, Parte II, línea 21) | (25) | 00 |
| | 26. Exceso de contribución pagada o retenida (Véanse instrucciones) | (26) | 00 |
| | 27. Cantidad pagada con esta planilla (Sume líneas 24(d) y 25) (Véanse instrucciones) | (27) | 00 |
| | 28. Contribución pagada en exceso (Sume líneas 22 y 25, menos línea 23. Indique la distribución de la línea 28 en línea A, B, C o D): | | |
| | A. Acreditar a la contribución estimada año 2015 | (28A) | 00 |
| | B. Aportación al Fondo Especial para el Estuario de la Bahía de San Juan | (28B) | 00 |
| | C. Aportación al Fondo Especial para la Universidad de Puerto Rico | (28C) | 00 |
| | D. A reintegrar | (28D) | 00 |

Periodo de Conservación: Diez (10) años

COQUINTERACTIVE (www.tributa.org) 2014

Formulario 480.2  Rev. 02.15     L R Bakery Stores Inc 66-0629259     Corporación - Página 2

## Parte IV

| | | Importe | |
|---|---|---|---|
| 1. Ventas netas .......................................................................................... (24) (1) | | 1,226,780 | 00 |
| Menos: Costos de ventas o costos directos de producción | | | |
| 2. Inventario al comienzo del año ☐ 1 "C" ☐ 2 "C" o "VM" | | | |
| (a) Materiales .................................................................................. (2a) | 17,408 00 | | |
| (b) Artículos en proceso ................................................................. (2b) | | | |
| (c) Artículos terminados o mercadería ........................................... (2c) | 10,230 00 | | |
| 3. Compra de materiales o mercadería ...................................................... (3) | 747,482 00 | | |
| 4. Jornales directos ................................................................................... (4) | 229,523 00 | | |
| 5. Otros costos directos (Detalle en Parte VI) .......................................... (5) | 140,271 00 | | |
| 6. Total costo bienes disponibles para la venta (Sume líneas 2 a la 5) ....... (6) | 1,144,914 00 | | |
| 7. Menos: Inventario al finalizar el año ☐ 1 "C" ☐ 2 "C" o "VM" | | | |
| (a) Materiales .................................................................................. (7a) | 22,214 00 | | |
| (b) Artículos en proceso ................................................................. (7b) | | | |
| (c) Artículos terminados o mercadería ........................................... (7c) | 13,046 00 | 35,260 00 | |
| 8. Total de costos de ventas o costos directos de producción (Línea 6 menos línea 7) ........ (8) | | 1,109,654 | 00 |
| 9. Ganancia bruta en venta o producción (Línea 1 menos línea 8) ...................................... (9) | | 117,126 | 00 |
| 10. Ganancia neta de capital (Anejo D Corporación, Parte V, línea 28) ................................ (10) | | | 00 |
| 11. Ganancia neta o (pérdida) en la venta de propiedad que no sea activo de capital (Anejo D Corporación, Parte VIII, línea 51) ............... (11) | | | 00 |
| 12. Renta ............................................................................................................................. (12) | | | 00 |
| 13. Intereses ....................................................................................................................... (13) | | 1 | 00 |
| 14. Ingreso por servicio o comisiones ................................................................................. (14) | | 22,024 | 00 |
| 15. Dividendos de corporaciones: (a) Domésticas_____ (b) Extranjeras_____ | | | 00 |
| 16. Participación distribuible en el ingreso neto de sociedades y sociedades especiales (Anejo R Corporación, Parte II, línea 14) ...... (16) | | | 00 |
| 17. Beneficio tributable de agricultura (Anejo S Corporación, Parte I, línea 9) ................... (17) | | | 00 |
| 18. Fletes y pasajes ........................................................................................................... (18) | | | 00 |
| 19. Ingresos misceláneos .................................................................................................. (19) | | | 00 |
| 20. Total de ingresos (Sume líneas 9 a la 19) ................................................................... (20) | | | 00 |
| 21. Menos: Cantidad exenta bajo Ley 135-2014 (Véanse instrucciones) ........................... (21) | | | 00 |
| 22. Total de ingreso después de la exención bajo la Ley 135-2014 (Línea 20 menos línea 21) ....... (22) | | 139,151 | 00 |

## Parte V

| | | (A) | | (B) | |
|---|---|---|---|---|---|
| 23. Compensación a oficiales (Véanse instrucciones Parte X) ......................... (23) | | | 00 | | 00 |
| 24. Sueldos, comisiones y bonificaciones a empleados (Véanse instrucciones) ... (24) | | | 00 | 52,000 | 00 |
| 25. Comisiones a negocios ............................................................................. (25) | | | 00 | | 00 |
| 26. Seguro social federal (FICA) ..................................................................... (26) | | | 00 | | 00 |
| 27. Seguro de desempleo ............................................................................... (27) | | | 00 | | 00 |
| 28. Primas Fondo Seguro del Estado ............................................................. (28) | | | 00 | | 00 |
| 29. Seguro médico o de hospitalización ......................................................... (29) | | | 00 | 218 | 00 |
| 30. Seguros ..................................................................................................... (30) | | | 00 | 14,350 | 00 |
| 31. Intereses (Véanse instrucciones) ............................................................. (31) | | | 00 | | 00 |
| 32. Renta ......................................................................................................... (32) | | | 00 | 37,200 | 00 |
| 33. Contribución sobre propiedad: (a) Mueble_____ (b) Inmueble_____ ... (33) | | | 00 | | 00 |
| 34. Otras contribuciones, patentes y licencias (Véanse instrucciones) ........... (34) | | | 00 | 4,731 | 00 |
| 35. Pérdidas ocasionadas por fuego, huracán, otros siniestros o por robo (Véanse instrucciones) ... (35) | | | 00 | | 00 |
| 36. Gastos de automóviles (Millaje_____) (Véanse instrucciones) ...... (36) | | | 00 | | 00 |
| 37. Gastos de otros vehículos de motor (Véanse instrucciones) ..................... (37) | | | 00 | | 00 |
| 38. Gastos de comida y entretenimiento (Total_____) (Véanse instrucciones) ... (38) | | | 00 | | 00 |
| 39. Gastos de viajes ....................................................................................... (39) | | | 00 | | 00 |
| 40. Servicios profesionales ............................................................................. (40) | | | 00 | 4,260 | 00 |
| 41. Aportaciones a planes de pensiones u otros planes calificados (Véanse instrucciones. Someta Modelo SC 6042) ... (41) | | | 00 | | 00 |
| 42. Depreciación y amortización (Véanse instrucciones. Someta Anejo E) ...... (42) | | | 00 | | 00 |
| 43. Deudas incobrables (Véanse instrucciones) ............................................. (43) | | | 00 | | 00 |
| 44. Donativos (Véanse instrucciones) ............................................................ (44) | | | 00 | | 00 |
| 45. Reparaciones (Véanse instrucciones) ...................................................... (45) | | | 00 | | 00 |
| 46. Regalías .................................................................................................... (46) | | | 00 | | 00 |
| 47. Cargos de administración ......................................................................... (47) | | | 00 | | 00 |
| 48. Deducción a patronos que emplean personas impedidas (Véanse instrucciones) ... (48) | | | 00 | | 00 |
| 49. Aportaciones a cuentas de aportación educativa para los beneficiarios de sus empleados (Véanse instrucciones) ... (49) | | | 00 | | 00 |
| 50. Gastos en propiedades arrendadas a la Compañía de Fomento Industrial de Puerto Rico o almacén de la Compañía de Comercio y Exportación (Véanse instrucciones) ... (50) | | | 00 | | 00 |
| 51. Contribución adicional sobre ingreso bruto pagada en ocasión de la radicación de la planilla (Véanse instrucciones) ... (51) | | | 00 | | 00 |
| 52. Otras deducciones (Véanse instrucciones) .............................................. (52) | | | 00 | 20,720 | 00 |
| 53. Total de deducciones (Sume líneas 23 a la 52, Columnas A y B, respectivamente) ... (53) | | | 00 | 133,479 | 00 |
| 54. Ingreso neto o (pérdida) de operaciones del año (Línea 22 menos línea 53, Columna B. Traslade a la Parte I, línea 1) ... (54) | | | | 5,672 | 00 |

## Parte VI

| Partida | | Importe | | Partida | | Importe | |
|---|---|---|---|---|---|---|---|
| 1. Jornales, sueldos y bonificaciones ................. (1) | | | | 8. Reparaciones ......................................... (8) | | 3,178 | 00 |
| 2. Seguro social federal (FICA) ......................... (2) | | 17,229 | 00 | 9. Luz y agua ............................................. (9) | | 82,833 | 00 |
| 3. Seguro de desempleo .................................... (3) | | 5,430 | 00 | 10. Renta ..................................................... (10) | | | 00 |
| 4. Primas Fondo Seguro del Estado .................. (4) | | 13,010 | 00 | 11. Depreciación (Someta Anejo E) ............. (11) | | 6,082 | 00 |
| 5. Seguro médico o de hospitalización ............. (5) | | | 00 | 12. Otros gastos (Someta detalle) .............. (12) | | 12,509 | 00 |
| 6. Otros seguros .............................................. (6) | | | 00 | 13. Total otros costos directos (Sume líneas 1 a la 12. Igual a la Parte IV, línea 5) ... (13) | | 140,271 | 00 |
| 7. Arbitrios / Impuesto sobre Uso ..................... (7) | | | 00 | | | | |

COQUINTERACTIVE (www.tributa.org) 2014

Formulario 480.2 Rev. 02.15

**LR Bakery Stores Inc 66-0629259**

Corporación - Página 3

## Corporación - Estado de Situación Comparado ③⑦

| Activos | | Al comenzar el año | | | Al terminar el año | | |
|---|---|---|---|---|---|---|---|
| | | | Total | | | Total | |
| 1. Efectivo en caja y bancos | (1) | | 43,171 | 00 | (1) | 50,428 | 00 |
| 2. Cuentas a cobrar | (2) | | | 00 | (2) | | 00 |
| 3. Menos: Reserva para cuentas incobrables | (3) | | ( ) | 00 | (3) | ( ) | 00 |
| 4. Inventarios | (4) | | 27,638 | 00 | (4) | 35,260 | 00 |
| 5. Otros activos corrientes | (5) | | 18,500 | 00 | (5) | 18,500 | 00 |
| 6. Obligaciones a cobrar | (6) | | 25,420 | 00 | (6) | 25,420 | 00 |
| 7. Inversiones | (7) | | | 00 | (7) | | 00 |
| 8. Activos depreciables | (8) | 242,801 00 | | | (8) | 242,801 00 | |
| 9. Menos: Reserva para depreciación | (9) | 240,032 00 | 2,769 | 00 | (9) | ( 233,614 00 | 9,187 00 |
| 10. Terrenos | (10) | | | 00 | (10) | | 00 |
| 11. Otros activos a largo plazo | (11) | | 830,000 | 00 | (11) | 830,000 | 00 |
| 12. Total de Activos | (12) | | 947,498 | 00 | (12) | 968,795 | 00 |
| **Pasivos y Capital** | | | | | | | |
| **Pasivos** | | | | | | | |
| 13. Cuentas a pagar | (13) | | | 00 | (13) | | 00 |
| 14. Gastos incurridos y no pagados | (14) | | 6,972 | 00 | (14) | 9,405 | 00 |
| 15. Otros pasivos corrientes | (15) | | 6,343 | 00 | (15) | 7,035 | 00 |
| 16. Obligaciones a pagar a largo plazo | (16) | | | 00 | (16) | | 00 |
| 17. Otras obligaciones a largo plazo | (17) | | | 00 | (17) | | 00 |
| 18. Total de Pasivos | (18) | | 13,315 | 00 | (18) | 16,440 | 00 |
| **Capital** | | | | | | | |
| 19. Capital en acciones | | | | | | | |
|   (a) Acciones preferidas | (19a) | | | 00 | (19a) | | 00 |
|   (b) Acciones comunes | (19b) | | 1,000,000 | 00 | (19b) | 1,000,000 | 00 |
| 20. Sobrante de capital | (20) | | | 00 | (20) | | 00 |
| 21. Ganancias retenidas | (21) | | -65,817 | 00 | (21) | -47,645 | 00 |
| 22. Reserva | (22) | | | 00 | (22) | | 00 |
| 23. Total de Capital | (23) | | 934,183 | 00 | (23) | 952,355 | 00 |
| 24. Total Pasivos y Capital | (24) | | 947,498 | 00 | (24) | 968,795 | 00 |

## Reconciliación del Ingreso Neto (o Pérdida) según Libros con el Ingreso Neto Tributable (o Pérdida) según Planilla ③⑧

| | | | | |
|---|---|---|---|---|
| 1. Ingreso neto (o pérdida) según libros | (1) | 18,172 00 | 7. Ingreso registrado en los libros este año no incluido en esta planilla (Detalle, use anejo si es necesario) | |
| 2. Contribución sobre ingresos según libros | (2) | 00 | (a) Intereses exentos _____ | |
| 3. Exceso de pérdidas de capital sobre ganancias de capital | (3) | 00 | (b) _____ | |
| 4. Ingreso tributable no registrado en los libros este año (Detalle, use anejo si es necesario) | | | (c) _____ | |
|   (a) _____ | | | (d) _____ | |
|   (b) _____ | | | Total | (7) |
|   (c) _____ | | | 8. Deducciones en esta planilla no llevadas contra el ingreso en los libros este año (Detalle, use anejo si es necesario) | |
|   Total | (4) | 00 | (a) Depreciación 12500 | |
| 5. Gastos registrados en los libros este año no reclamados en esta planilla (Detalle, use anejos si es necesario) | | | (b) _____ | |
|   (a) Comida y entretenimiento (porción no reclamada) _____ | | | (c) _____ | |
|   (b) Depreciación _____ | | | (d) _____ | |
|   (c) Vehículos de motor (en exceso del límite) _____ | | | Total | (8) 12,500 00 |
|   (d) Embarcaciones, aeronaves y propiedad localizada fuera de P. R. _____ | | | 9. Total (Sume líneas 7 y 8) | (9) 12,500 00 |
|   (e) Gastos incurridos o pagados a accionistas, personas o entidades relacionadas _____ | | | 10. Ingreso neto tributable (o pérdida) según planilla (Línea 6 menos línea 9) | (10) 5,672 00 |
|   (f) _____ | | | | |
|   Total | (5) | 00 | | |
| 6. Total | (6) | 18,172 00 | | |

## Análisis del Sobrante según Libros ③⑨

| | | | | |
|---|---|---|---|---|
| 1. Balance al comenzar el año | (1) | -65,817 00 | 5. Distribuciones: (a) Efectivo | (5a) 00 |
| 2. Ingreso neto según libros | (2) | 18,172 00 |   (b) Propiedad | (5b) 00 |
| 3. Otros aumentos (Detalle, use anejo si es necesario) _____ | | |   (c) Acciones | (5c) 00 |
| _____ | | | 6. Otras rebajas (Use anejo si es necesario) | (6) 00 |
| _____ | (3) | | 7. Total (Sume líneas 5 y 6) | (7) 00 |
| 4. Total (Sume líneas 1, 2 y 3) | (4) | -47,645 00 | 8. Balance al finalizar el año (Línea 4 menos línea 7) | (8) -47,645 00 |

Período de Conservación: Diez (10) años

COQUINTERACTIVE (www.tributa.org) 2014

LR Bakery Stores Inc 66-0629259

Formulario 480.2 Rev. 02.15      Corporación - Página 4

## Compensación a Oficiales

| Nombre del oficial | Número de seguro social | Por ciento del tiempo dedicado a industria o negocio | Por ciento de las acciones poseídas Comunes | Preferidas | Compensación |
|---|---|---|---|---|---|
| | | | | | 00 |
| | | | | | 00 |
| | | | | | 00 |
| | | | | | 00 |
| | | | | | 00 |

Total de compensación a oficiales (Traslade a la Parte V, línea 23) ............. 00

## Cuestionario 42

Parte XI

1. Si es una corporación extranjera, indique si la industria o negocio operó como sucursal ... NO
2. Si es una sucursal, indique el por ciento que representa el ingreso de fuentes de Puerto Rico del total de ingreso de la corporación: _____ %
3. ¿Mantuvo la corporación durante este año parte de sus récords en un sistema computadorizado? ... SI
4. Los libros de la corporación están a cargo de:
Nombre: LR Bakery Stores
Dirección: PO Box 1212, Las Piedras,PR
Correo electrónico (E-mail): _____
Teléfono: _____
5. Indique el método de contabilidad utilizado en los libros para propósitos contributivos: ☐ Recibido y Pagado ☑ Acumulación ☐ Otro (especifique): _____
6. Rindió la corporación los siguientes documentos?:
(a) Declaración Informativa (Formularios 480.5, 480.6A, 480.6B) ... (6a) SI
(b) Comprobante de Retención (Formulario 499R-2/W-2PR) ... (6b) SI
7. Si el ingreso bruto de la entidad o del grupo controlado excede de $3,000,000, ¿Sometió estados financieros auditados por un CPA con licencia de Puerto Rico? (7) SI
8. Número de empleados durante el año: _____
9. ¿Reclamó la corporación gastos relacionados con la titularidad, uso, mantenimiento y depreciación de:
(a) Automóviles? ... (9a) NO
(b) Embarcaciones? ... (9b) NO
(1) ¿Derivó más del 80% de la totalidad de sus ingresos de actividades relacionadas exclusivamente con la pesca o transportación de pasajeros o de carga o arrendamiento? (9b1) NO

(c) Aeronaves? ... (9c) NO
(1) ¿Derivó más del 80% de la totalidad de los ingresos de actividades relacionadas exclusivamente con la transportación de pasajeros o de carga o arrendamiento? (9c1) NO
(d) Propiedad residencial fuera de Puerto Rico? ... (9d) NO
(1) ¿Derivó más del 80% de la totalidad de sus ingresos de actividades relacionadas exclusivamente con el alquiler de propiedades a personas no relacionadas? (9d1) NO
10. ¿Reclamó la corporación gastos relacionados con:
(a) Alojamiento? (excepto empleados del negocio) ... (10a) NO
(b) Empleados que asistieron a convenciones fuera de Puerto Rico o los Estados Unidos? ... (10b) NO
11. ¿Distribuyó la corporación, durante el año contributivo, dividendos que no fueran en acciones o en liquidación en exceso de la ganancia corriente y acumulada? ... (11) NO
12. ¿Es la corporación socio de una sociedad especial? (Si es más de una, someta detalle) ... (12) NO
Nombre de la Sociedad Especial: _____
Número de identificación patronal: _____
13. ¿Recibió ingresos exentos? (Somete Anejo IE Corporación) ... (13) NO
14. Anote la cantidad correspondiente de donativos a municipios de la cantidad incluida en la Parte V, línea 44: _____
15. Indique si pagó primas a aseguradoras no autorizadas ... (15) NO
16. Número de patrono otorgado por el Departamento del Trabajo y Recursos Humanos: _____
17. Número de accionistas: 02

## JURAMENTO

Nosotros, los suscribientes, presidente (o vicepresidente u otro oficial principal) y tesorero (o tesorero auxiliar), o agente de la corporación a nombre de la cual se hace esta planilla de contribución sobre ingresos, cada uno por sí, bajo el más solemne juramento y so pena de perjurio, declaramos que hemos examinado la misma (incluyendo anejos y estados que la acompañan), y que según nuestro mejor conocimiento y creencia es una planilla exacta, correcta y completa, hecha de buena fe, de acuerdo con el Código de Rentas Internas de 2011, según enmendado, y sus Reglamentos.

Firma del presidente o vicepresidente     Firma del tesorero o tesorero auxiliar

Agente

## PARA USO DEL ESPECIALISTA SOLAMENTE

Declaro bajo penalidad de perjurio que he examinado esta planilla (incluyendo los anejos y estados adjuntos), y a mi mejor conocimiento y creencia, los datos en la misma son ciertos, correctos y constituyen en conjunto una planilla exacta y completa. La declaración de la persona que prepara esta planilla es con relación a la información recibida y ésta puede ser verificada.

| Nombre del especialista (Letra de molde) | Núm. de registro | Fecha | Marque aquí si es especialista por cuenta propia ☐ |
|---|---|---|---|

Nombre de la firma

| Firma del especialista | Dirección | Código postal |
|---|---|---|

## NOTA AL CONTRIBUYENTE
Indique si hizo pagos por la preparación de su planilla: ☐ Sí ☐ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Período de Conservación: Diez (10) años

COQUINTERACTIVE (www.tributa.org) 2014

**Anejo A Corporación**
Rev. 02.15

**CONTRIBUCION ALTERNATIVA MINIMA**

Año contributivo comenzado el _01_de_ 07 _____ de 2014 y terminado el 30 _ de_ 06 _____ de 2015

**20 14**
Ⓐ

Nombre del contribuyente
**LR Bakery Stores Inc**

Número de Identificación Patronal
**66-0629259**

| Parte I | Ajustes en el Cómputo del Ingreso Neto Alternativo Mínimo Antes de Ajustes en los Libros y Pérdidas de Operaciones | | |
|---|---|---|---|
| 1. | Ingreso neto sujeto a contribución normal sin considerar la pérdida neta en operaciones de años anteriores y excluyendo la ganancia neta de capital que haya optado por tributar a las tasas especiales (Véanse instrucciones) | (1) | 5,672 |00 |
| 2. | Ajustes: a. Depreciación flexible | (2a) | 00 |
| | b. Ventas a plazos | (2b) | 00 |
| | c. Contrato a largo plazo | (2c) | 00 |
| | d. Gastos relacionados con intereses exentos | (2d) | 00 |
| | e. Depreciación acelerada | (2e) | 00 |
| | f. Total de ajustes (Sume líneas 2(a) a la 2(e)) | (2f) | 00 |
| 3. | Ingreso neto alternativo mínimo antes de ajustes de la Parte II y la pérdida de operaciones (Sume líneas 1 y 2(f)) | (3) | 5,672 |00 |

| Parte II | Ajuste por el Exceso del Ingreso Neto Ajustado según Libros sobre el Ingreso Neto Alternativo Mínimo Antes de Ajustes | | |
|---|---|---|---|
| 4. | Ingreso neto (o pérdida) según libros | (4) | 5,672 |00 |
| 5. | Ajuste por amortización de plusvalía | (5) | 00 |
| 6. | Contribuciones sobre ingresos consideradas en los libros | (6) | 00 |
| 7. | Sume las líneas 4, 5 y 6 | (7) | 5,672 |00 |
| 8. | Ingreso de intereses exentos neto de gastos relacionados | (8) | 00 |
| 9. | Dividendos y distribuciones de beneficios recibidos de corporaciones o sociedades domésticas, de ingresos de fomento industrial de desarrollo turístico | (9) | 00 |
| 10. | Ingreso de fomento industrial, ingreso exento de desarrollo turístico, ingreso de negocio agrícola *bona fide* o ingreso de renta bajo la Ley 132-2010 | (10) | 00 |
| 11. | Ingreso (o pérdida) reconocido según el método de equidad | (11) | 00 |
| 12. | Reserva para pérdidas catastróficas | (12) | 00 |
| 13. | Ganancia neta de capital a largo plazo (Véanse instrucciones) | (13) | 00 |
| 14. | Sume líneas 8 a la 13 | (14) | 00 |
| 15. | Línea 7 menos línea 14 | (15) | 5,672 |00 |
| 16. | Línea 15 menos línea 3. Si la línea 3 es mayor que la línea 15, anote cero | (16) | 00 |
| 17. | Ajuste por el exceso del ingreso neto ajustado según libros sobre el ingreso neto alternativo mínimo de la línea 3 (Multiplique la línea 16 por 60%) | (17) | 00 |

| Parte III | Cómputo del Ingreso Neto Alternativo Mínimo | | |
|---|---|---|---|
| 18. | Ingreso neto alternativo mínimo antes de pérdida neta en operaciones (Sume líneas 3 y 17) | (18) | 5,672 |00 |
| 19. | Pérdida neta en operaciones de años anteriores para la determinación de la contribución alternativa mínima (No puede exceder del 80% de la línea 18) (Véanse instrucciones. Someta detalle) | (19) | 4,537 |00 |
| 20. | Línea 18 menos línea 19 (Anote aquí la diferencia, pero no menos del 20% de la línea 18) | (20) | 1,135 |00 |
| 21. | Cantidad exenta (Véanse instrucciones) | (21) | 50,000 |00 |
| 22. | Ingreso neto alternativo mínimo (Línea 20 menos línea 21) | (22) | 00 |

| Parte IV | Cómputo de la Contribución Mínima Tentativa y del Crédito Alternativo Mínimo por Contribuciones Pagadas al Extranjero | | |
|---|---|---|---|
| 23. | Contribución mínima tentativa antes del crédito por contribuciones pagadas al extranjero (Multiplique la línea 22 por 30%) | (23) | 00 |
| 24. | Ingreso neto alternativo mínimo antes de la deducción por pérdida neta en operaciones (Línea 18) | (24) | 5,672 |00 |
| 25. | Cantidad exenta permisible sin considerar la pérdida neta en operaciones (Véanse instrucciones) | (25) | 50,000 |00 |
| 26. | Línea 24 menos línea 25 | (26) | 00 |
| 27. | Multiplique la línea 26 por 30% | (27) | 00 |
| 28. | Multiplique la línea 27 por 10% | (28) | 00 |
| 29. | Límite del crédito (Línea 23 menos línea 28) | (29) | 00 |
| 30. | Crédito alternativo mínimo por contribuciones pagadas al extranjero (Esta cantidad no podrá exceder la cantidad en la línea 29. Véanse instrucciones) | (30) | 00 |
| 31. | Contribución mínima tentativa neta del crédito por contribuciones pagadas al extranjero (Línea 23 menos línea 30. Traslade a la Parte VI, línea 37) | (31) | 00 |

Período de Conservación: Diez (10) años

COQUINTERACTIVE (www.tributa.org) 2014



Rev. 02.15

Anejo A Corporación - Página 2

| Parte V | Cómputo de Gastos Pagados a una Persona Relacionada y Compras de Propiedad Mueble de una Persona Relacionada | | |
|---|---|---|---|
| 32. | Gastos incurridos o pagados a una persona relacionada y transferencia de costos o asignación de gastos de una oficina principal ("Home Office") localizada fuera de Puerto Rico a una sucursal ("Branch") dedicada a la industria o negocio en Puerto Rico (Esta línea es la suma de la línea 53, Columna A de la Parte V, página 2 de la planilla más línea 5(e) de la Parte VIII, página 3 de la planilla)... | (32) | 00 |
| 33. | Multiplique la línea 32 por 20% ................................................................................ | (33) | 00 |
| 34. | Compras de propiedad mueble de una persona relacionada y transferencia de propiedad mueble de una oficina principal ("Home Office") localizada fuera de Puerto Rico a una sucursal ("Branch") dedicada a la industria o negocio en Puerto Rico ........................ | (34) | 00 |
| 35. | Multiplique la línea 34 por 2% (Véanse instrucciones) ...................................................... | (35) | 00 |
| 36. | Total de gastos pagados a una persona relacionada y compras de propiedad mueble de una persona relacionada (Sume líneas 33 y 35) ........................................................................................ | (36) | 00 |

| Parte VI | Cómputo de la Contribución Alternativa Mínima | | |
|---|---|---|---|
| 37. | Contribución mínima tentativa después del crédito alternativo mínimo por contribuciones pagadas al extranjero (Línea 31 de la Parte IV) ............................................................................................ | (37) | 00 |
| 38. | Total de gastos pagados a una persona relacionada y compras de propiedad mueble de una persona relacionada (Línea 36 de la Parte V) ............................................................................................. | (38) | 00 |
| 39. | Contribución mínima tentativa (Anote la mayor entre líneas 37 y 38) ..................................... | (39) | 00 |
| 40. | Contribución regular ajustada (Línea 10 de la Parte III, página 1 de la planilla) ........................ | (40) | 00 |
| 41. | Contribución alternativa mínima (Línea 39 menos línea 40. Si la línea 40 excede la línea 39, anote cero, de lo contrario, anote la diferencia en el Formulario 480.2, página 1, Parte III, línea 16) ...................................................... | (41) | 00 |

Período de Conservación: Diez (10) años

COQUINTERACTIVE (www.tributa.org) 2014

**LR Bakery Stores Inc**

66-0629259

**Parte VI Otros gastos**
PARA EL AÑO TERMINADO EL 30 / 06 / 2015

| | |
|---|---|
| Combustible | $12509 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | **$12509** |

COQUINTERACTIVE (www.tributa.org) 2014

**LR Bakery Stores Inc**

66-0629259

Parte V   Otras deducciones

PARA EL AÑO TERMINADO EL 30 / 06 / 2015

| | |
|---|---|
| Gastos de Nomina | $4818 |
| Telefono | 2549 |
| Gastos Oficina | 629 |
| Cargos Bancarios | 12724 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | **$20720** |

COQUINTERACTIVE (www.tributa.org) 2014

LR Bakery Stores Inc

66-0629259

Deducción por pérdida neta en las operaciones del año anterior
PARA EL AÑO TERMINADO EL 30 / 06 / 2015

| | |
|---|---|
| Año 2011 | $5140 |
| Año 2012 | 28670 |
| Añ0 2013 | -7943 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | $25867 |

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
Departamento de Hacienda - Department of the Treasury

Formulario **480.6A**
Form
Rev 09.14

DECLARACION INFORMATIVA - INGRESOS NO SUJETOS A RETENCION
INFORMATIVE RETURN - INCOME NOT SUBJECT TO WITHHOLDING

AÑO CONTRIBUTIVO: 2014
TAXABLE YEAR:

☐ Enmendado - Amended: ( ___ / ___ / ___ )

W537505

Número de Confirmación de Radicación Electrónica
Electronic Filing Confirmation Number

### INFORMACION DEL PAGADOR - PAYER'S INFORMATION

Número de Identificación Patronal - Employer Identification Number
66-0467082

Nombre - Name
Lotería Electrónica de Puerto Rico

Dirección - Address
PO Box 362469

San Juan PR 00936-2469    Código Postal - Zip Code

### INFORMACION DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION

Número de Seguro Social o Identificación Patronal - Social Security or Employer Identification Number
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

Nombre - Name
LA BORIQUENA

Dirección - Address    PO BOX 1212

Las Piedras PR 00771-1212    Código Postal - Zip Code

Número de Cuenta Bancaria
Bank Account Number

Razones para el Cambio - Reasons for the Change

Número Control - Control Number
003850079

Número Control Informativa Original
Control No. Original Informative Return

FECHA DE RADICACION: 28 DE FEBRERO, VEA INSTRUCCIONES
FILING DATE: FEBRUARY 28, SEE INSTRUCTIONS

| Clase de Ingreso<br>Type of Income | Cantidad Pagada<br>Amount Paid |
|---|---|
| 1. Pagos por Servicios Prestados por Individuos<br>Payments for Services Rendered by Individuals | |
| 2. Pagos por Servicios Prestados por Corporaciones y Sociedades<br>Payments for Services Rendered by Corporations and Partnerships | |
| 3. Comisiones y Honorarios<br>Commissions and Fees | 22,023.50 |
| 4. Rentas<br>Rents | |
| 5. Intereses (excepto IRA y Cuenta de Aportación Educativa)<br>Interest (except IRA and Educational Contribution Account) | |
| 6. Dividendos<br>Dividends | |
| 7. Distribuciones de Sociedades (Ver instrucciones)<br>Partnership Distributions (See instructions) | |
| 8. Otros Pagos<br>Other Payments | |
| 9. Rédito Bruto<br>Gross Proceeds | |

Envíe electrónicamente al Departamento de Hacienda. Entregue dos copias a quien reciba el pago. Conserve copia para sus records. Send to Department of the Treasury electronically. Deliver two copies to payee. Keep copy for your records.

PRSoft, Inc. • (787) 622-7550 • www.prsoft.com

---

### INSTRUCCIONES PARA QUIEN RECIBE EL PAGO
### DEBERA SOMETER UNA COPIA AL RENDIR SU PLANILLA

De acuerdo al Código de Rentas Internas de Puerto Rico de 2011, según enmendado (Código), an income tax return debe ser filed by any resident individual que:
*   sea contribuyente individual o casado, si durante el año contributivo tuviere un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código mayor de $5,000;
*   sea casado que vivía con su cónyuge y opte por rendir planilla separada, si durante el año contributivo tuviere un ingreso bruto reducido por las exenciones de la Sección 1031.02 del Código de $2,500 o más; o
*   tenga ingreso neto sujeto a contribución básica alterna de $150,000 o más.

Si usted eligió tributar bajo las disposiciones del Código de Rentas Internas de Puerto Rico de 1994, según enmendado (Código de 1994), refiérase a las disposiciones aplicables bajo el mismo.

**PENALIDAD** – El Código dispone lo siguiente: Toda persona obligada bajo cualquier Subtítulo del Código a rendir una planilla, declaración, certificación o informe, que voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe dentro del término o términos fijados por el Subtítulo correspondiente o por reglamentos, además de otras penalidades establecidas por el Código, incurrirá en delito menos grave, y en caso de convicción, será castigada con pena de multa no mayor de $5,000, o con pena de reclusión por un término máximo de 90 días, o ambas penas, a discreción del tribunal, más las costas del proceso. En aquellos casos en que cualquier persona voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe (dentro de los términos fijados por el Subtítulo correspondiente o por reglamentos), con la intención de evadir o derrotar cualquier contribución impuesta por el Código, además de otras penalidades establecidas por el Código, incurrirá en un delito grave de tercer grado, y en caso de convicción, será sancionada con pena de reclusión la cual fluctuará entre tres años un día y ocho años. El Tribunal a su discreción podrá imponer la pena fija de reclusión establecida o pena de multa que no excederá de $20,000, o ambas penas, más las costas del proceso.

Todo individuo que reciba esta declaración, debe rendir la Planilla de Contribución sobre Ingresos de Individuos. La cantidad informada como Distribuciones de Sociedades debe incluirla como ingreso en su planilla solamente si eligió tributar bajo las disposiciones del Código de 1994, según enmendado.

### INSTRUCTIONS FOR THE PAYEE
### A COPY MUST BE SUBMITTED WITH YOUR RETURN

Pursuant to the Puerto Rico Internal Revenue Code of 2011, as amended (Code), an income tax return must be filed by any resident individual that:
*   is an individual taxpayer or married, who during the taxable year had gross income reduced by Code Section 1031.02 exemptions greater than $5,000;
*   is a married individual who lived with his/her spouse, and elects to file separate returns that during the taxable year had gross income reduced by Code Section 1031.02 exemptions of $2,500 or more; or
*   has net income subject to alternate basic tax of $150,000 or more.

If you elected to be taxed under the provisions of the Puerto Rico Internal Revenue Code of 1994, as amended (1994 Code), refer to the sections applicable thereunder.

**PENALTY** – The Code provides the following: Every person liable under any Subtitle of the Code to file a return, statement, certification or report, who willfully fails to file such return, statement, certification or report within the term or terms established by the corresponding Subtitle or by regulations, in addition to other penalties provided by the Code, shall be guilty of a misdemeanor, and upon conviction thereof, punished by a fine of not more than $5,000, or imprisonment for a term of not more than 90 days, or both penalties, at the discretion of the Court, plus the costs of prosecution. In the case of any person who willfully fails to file such return, statement, certification or report (within the terms established by the corresponding Subtitle or by regulations), with the intention to evade or defeat any tax imposed by the Code, in addition to other penalties provided by the Code, shall be guilty of a third degree felony, and upon conviction thereof, punished by imprisonment for a term ranging from three years and one day to eight years. The Court may impose, at its discretion, the fixed penalty of imprisonment provided or a fine of not more than $20,000, or both penalties, plus the costs of prosecution.

Every individual who receives this return, must file the Individual Income Tax Return. The amount shown as Partnership Distributions must be included as income in your return only if you elected to be taxed under the provisions of the 1994 Code, as amended.

# RESOLUTION OF BOARD OF DIRECTORS OF

## LR BAKERY STORES, INC.

WHEREAS, it appears that this corporation is unable to meet maturing obligations as they fall due in the usual course of business, and can longer profitably continue in business, and

WHEREAS, numerous creditors have threatened to prosecute their claims against this Corporation, be it

RESOLVED, That, in all fairness to its creditors, this Board of Directors deems it advisable and for the best interests of the Corporation to file a voluntary petition in bankruptcy, and

RESOLVED, that a special meeting of the stockholders of this Corporation was held on September, 12, 2016 for the purpose of considering and approving of the filing of a voluntary petition in bankruptcy, be it

RESOLVED, that the stockholders of this corporation do hereby assent to the filing of a voluntary petition in bankruptcy, and do hereby assent to the filing of a voluntary petition in bankruptcy, and do hereby authorize and direct the officers of the corporation to execute the required petitions and schedules and all other instruments necessary to carry this resolution into effect, and

RESOLVED FURTHER that the president is hereby directed to employ a competent attorney to represent the Corporation in the aforesaid bankruptcy proceeding.

IT IS THE FURTHER RESOLVED that Mrs. Angela Hong Tirse of LR Bakery Stores, Inc. is authorized to appear in representation of the Debtor in Possession at any and all meeting of creditors, hearings, signed any and all required documents, schedules and statement of financial affairs and testify as required

I, Sandra Rizo Hong, do hereby certify that and corporate seal of LR Bakery Stores, Inc. a corporation organized and existing under the laws of Commonwealth of Puerto Rico, and the above is a true and correct copy of resolution duly adopted at a meeting of the Board of Directors thereof, convened and held in accordance with law and the Bylaws of said Corporation that such resolution is now in full force and effect.

IN WITNESS WHEREOF, I have affixed my name as Secretary and have caused the corporate seal of said Corporation to be here unto affixed, this 12th day on September 2016.

**Fill in this information to identify the case:**

Debtor name    **LR BAKERY STORES INC.**

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 23, 2016**    X **/s/ Angela Hong Tirse**
                                             Signature of individual signing on behalf of debtor

                                             **Angela Hong Tirse**
                                             Printed name

                                             **President**
                                             Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **LR BAKERY STORES INC.**

United States Bankruptcy Court for the:   **DISTRICT OF PUERTO RICO, SAN JUAN DIVISION**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AUTORIDAD ACUEDUCTOS Y ALCANTARRILLADOS** PO BOX 70101 SAN JUAN, PR 00936-8101 | **AUTORIDAD ACUEDUCTOS Y ALCANTARRILLADOS** | **Trade debt** | | | | $1,874.70 |
| **AUTORIDAD ENERGIA ELECTRICA** PO BOX 363508 SAN JUAN, PR 00936-3508 | **AUTORIDAD ENERGIA ELECTRICA** | **Trade debt** | | | | $7,836.42 |
| **Payco Foods Corporation** PO Box 11219 San Juan, PR 00922-1219 | | **Trade debt** | | | | $0.00 |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name   **LR BAKERY STORES INC.**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Banco Santander Puerto Rico Caguas Sur Branch** | **cehcking acccount** | **3517** | **$2,401.54** |
| 3.2. | **Banco Popular Puerto Rico** | **checking account** | **8338** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$2,401.54** |

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:      Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:      Investments**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **LR BAKERY STORES INC.** | Case number *(If known)* |
|---|---|---|
| | Name | |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**1 table, 1 chair, file cabinet and computer** | $200.00 | depreciated valu | $200.00 |

| 40. | **Office fixtures** |
|---|---|

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $200.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **LR BAKERY STORES INC.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Q25 Calle 10, Caguas, PR recorded lease agreement** | **Fee Simple** | **$10,000.00** | | **$10,000.00** |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| **$10,000.00** |
|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.

☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.

☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **LR BAKERY STORES INC.**
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,401.54 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $200.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9...............................................>* | | $10,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,601.54 | + 91b.  $10,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $12,601.54 |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name      **LR BAKERY STORES INC.**

United States Bankruptcy Court for the:      DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **LR BAKERY STORES INC.**

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,874.70** |
| **AUTORIDAD ACUEDUCTOS Y ALCANTARRILLADOS** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| PO BOX 70101 SAN JUAN, PR 00936-8101 | | |
| Date(s) debt was incurred __ | **Basis for the claim:**  utilities debt | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,836.42** |
| **AUTORIDAD ENERGIA ELECTRICA** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| PO BOX 363508 SAN JUAN, PR 00936-3508 | | |
| Date(s) debt was incurred __ | **Basis for the claim:**  utilities bill owed | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |
| **3.3** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **unknown** |
| **Payco Foods Corporation** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| PO Box 11219 San Juan, PR 00922-1219 | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com                    12345

Debtor   **LR BAKERY STORES INC.**                                   Case number (if known) _____
        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
              Name

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 9,711.12 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 9,711.12 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **LR BAKERY STORES INC.** |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **lease agreement per Deed 53 before the notary public Rafael Reyes ALmodovar dated september 30, 2023** |
| State the term remaining | **6 years** |
| List the contract number of any government contract | |

**Suc. Antonia Cotto Velazquez
PO Box 902
Punta Santiago, PR 00741-0902**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

# TRIBUNAL SUPREMO DE PUERTO RICO
## OFICINA DEL DIRECTOR DE
## INSPECCIÓN DE NOTARÍAS



## LCDO. RAFAEL L. REYES ALMODÓVAR
### ARCHIVERO NOTARIAL

ARCHIVO NOTARIAL
DISTRITO DE CAGUAS, PUERTO RICO
Calle Betances #29, Caguas, P.R. 00725
Tel. (787) 743-8050

# COPIA CERTIFICADA

# DE ESCRITURA

**NÚMERO:** CINCUENTA Y TRES (53)

**SOBRE:** CESIÓN DE CONTRATO DE ARRENDAMIENTO Y EXTENSIÓN A CONTRATO DE ARRENDAMIENTO

**NOTARIO(A):** RAFAEL A. PACHECO

**FECHA:** 30 DE SEPTIEMBRE DE 2003

272

Tribunal Supremo
de Puerto Rico
Archivo Notarial Caguas

cdo. Rafael L. Reyes Almodóvar
Archivero Notarial

ia
ma
--
ón
--
--

-------------NUMERO CINCUENTA Y TRES-------------

-------CESION DE CONTRATO DE ARRENDAMIENTO--------

------Y EXTENSION A CONTRATO DE ARRENDAMIENTO------

---En la ciudad de Caguas, Puerto Rico, a treinta

de septiembre de dos mil tres.--------------------

---------------------ANTE MI----------------------

---RAFAEL A. PACHECO, Abogado y Notario en y para

Puerto Rico, con residencia, vecindad y estudio

abierto en esta ciudad de Caguas, Puerto Rico.----

--------------------COMPARECEN--------------------

---DE UNA PARTE: ANTONIA COTTO VELAZQUEZ, (Seguro

Social Número 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), mayor de edad, soltera,

propietaria y vecina de Caguas, Puerto Rico. Esta

parte se denomina en adelante "la Arrendadora".---

---DE OTRA PARTE: LAZARO RIZO CABRERA (Seguro

Social Número 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) y su esposa ANGELA HONG

TIRSE (Seguro Social Número 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), ambos

mayores de edad, propietarios y vecinos de Humacao,

Puerto Rico. Esta parte se denomina en adelante

como "los Cedentes".------------------------------

---Y DE LA OTRA PARTE: L.R. BAKERY STORES, INC.,

(Número de Identificación Federal --66-0629259------

una corporación íntima con fines de lucro

organizada bajo las leyes de Puerto Rico, con

número de registro 137,638 en el Departamento de

Estado de Puerto Rico, representada en este acto

por Sandra Rizo Hong, mayor de edad, casada con

Raymond Camacho, ejecutiva y vecina de Caguas,

Puerto Rico,--------------------------------------

--------------------------------------------------

--------------------------------------------------

--------------------------------------------------



1

Tribunal Supremo
de Puerto Rico
Archivo Notarial Caguas

Lcdo. Rafael L. Reyes Almodóvar
Archivo Notarial

273

quien acredita sus facultades mediante Resolución a su favor de la Junta de Directores de dicha corporación la cual manifiesta no ha sido revocada ni modificada en forma alguna. Esta parte se denomina en adelante como como "la Cesionaria".---

---DOY FE de conocer personalmente a los comparecientes y por sus dichos de su edad, estado, profesión y vecindad. Aseguran tener y a mi juicio tienen la capacidad legal necesaria para este otorgamiento y en tal virtud libremente-----------

---------------------EXPONEN---------------------

---PRIMERO: Manifiestan la Arrendadora ser dueña en pleno dominio del inmueble que a continuación se describe:-----------------------------------------

---"URBANA: Solar número VEINTICINCO (25) del Bloque "Q" de la Urbanización Bonneville Heights radicada en el Barrio Cañabón de Caguas, con un área de OCHOCIENTOS OCHENTIDOS PUNTO CIENTO VEINTIUN METROS CUADRADOS (882.121 m.c.), en lindes por el NORTE, en una distancia de once punto novecientos cuarenta y nueve metros con la Calle Degetau Main, por el SUR, en una distancia de veintiséis punto cuatrocientos setenta y tres metros y nueve punto ochocientos dieciocho metros haciendo una distancia total de treinta y seis punto doscientos noventa y un metros con el solar número veintiséis del Bloque "Q", de la urbanización, por el ESTE, en una distancia de cuarenta y tres punto seiscientos cincuentiocho metros con el solar número veinticuatro del Bloque "Q" de la Urbanización, y por el OESTE, en una distancia de cuarenta y cuatro punto doscientos treinta y un metros con la Calle West Main de la Urbanización.-----------------------------------

---INSCRITO al folio doscientos doce (212) del tomo seiscientos treinta y ocho (638) de Caguas, finca número veinte mil setecientos cincuenta y seis (20,756), inscripción tercera (3ra.).--------

---SEGUNDO: Que mediante la escritura número veintinueve (29) de fecha veinticinco (25) de febrero de mil novecientos noventa y dos (1992) ante el Fedatario denominada **Contrato de Arrendamiento** los entonces esposos Manuel Hermes



2

Tribunal Supremo
de Puerto Rico
Archivo Notarial Caguas

cdo. Rafael L. Reyes Almodóvar
Archivero Notarial

274



Ríos Vázquez y Antonia Cotto Velázquez dieron en arrendamiento el antes descrito inmueble a los esposos Lázaro Rizo Cabrera y Angela Hong Tirse, o sea, a los Cedentes, por el término, canon y condiciones extensamente contenidos en dicha escritura, de cuyo derecho de arrendamiento se tomo razón en el Registro de la Propiedad, Sección Primera de Caguas, al folio 215 vuelto del tomo 638 de Caguas, finca número 20,756, inscripción 10a. Dicho contrato de arrendamiento lo es por un término de veinte (20) años a contarse desde el día primero (1ro.) de marzo de mil novecientos noventa y dos (1992) por lo que vence el veintinueve de febrero del año dos mil doce (2012), todo según surge extensamente a esta fecha del Registro de la Propiedad.------------------------------------------
---TERCERO: Que con posterioridad al otorgamiento de dicho contrato de arrendamiento quedó roto y disuelto el vínculo matrimonial que unía a los esposos Manuel Hermes Ríos Vázquez y Antonia Cotto Velázquez a virtud de sentencia de divorcio dictada por el Tribunal Superior de Caguas el día quince (15) de octubre de mil novecientos noventa y siete (1997) en el caso civil número "EDI noventa y siete guión doce sesenta (EDI 97-1260), como resultado de lo cual dicho Manuel Hermes Ríos Vázquez traspasó a la compareciente Antonia Cotto Velázquez toda su participación y derechos en el descrito inmueble conforme surge de la escritura número setenta y dos (72) de fecha dos de junio de mil novecientos noventa y ocho (1998) ante el Fedatario de la cual se tomó razón en el antes indicado Registro de la Propiedad. Como resultado de lo anterior la única dueña y titular del

3

275

Tribunal Supremo
de Puerto Rico
Archivo Notarial Caguas
Lcdo. Rafael L. Reyes Almodóvar
Archivero Notarial



inmueble desde la indicada fecha del dos de junio
de mil novecientos noventa y ocho (1998) resulta
ser la compareciente Antonia Cotto Velázquez.------
--------------CESION DE ARRENDAMIENTO-------------
---CUARTO: Que por así haberlo convenido entre
ellos por la presente los Cedentes, o sea, Lázaro
Rizo Cabrera y su esposa Angela Hong Tirse CEDEN Y
TRASPASAN todos sus derechos en el contrato de
arrendamiento a que se ha hecho referencia a favor
de L.R. Bakery Stores, Inc., o sea, la Cesionaria,
quien los adquiere y acepta mediante el
otorgamiento de la presente escritura, sin reservas
ni limitación de clase alguna. La Cesionaria
confiesa conocer a cabalidad el contenido de la
escritura pública de arrendamiento a que se ha
hecho referencia y en adición la copia certificada
de dicha escritura con nota de su inscripción en el
Registro de la Propiedad ha sido entregada por los
Cedentes al compareciente de la parte Cesionaria,
de cuya entrega por haber sido hecha en mi
presencia, yo, el Notario, doy fe. A virtud de
dicha cesión la Cesionaria adviene a ser única
dueña y titular del derecho de arrendamiento sobre
el inmueble descrito, lo cual ambas partes
solicitan expresamente se haga constar en el
Registro de la Propiedad.-------------------------
---QUINTO: La cesión se efectua por precio de MIL
DOLARES ($1,000.00), la cual constituye buena y
válida consideración entre las partes y cuya suma
declaran recibida los Cedentes de manos de la
Cesionaria con anterioridad a este acto por la cual
otorgan legal carta de pago.----------------------
---SEXTO: Antonia Cotto Velázquez, o sea la
Arrendadora, en su carácter de única dueña y

4

276

Tribunal Supremo
de Puerto Rico
Archivo Notarial Caguas

do. Rafael L. Reyes Almodóvar
Archivero Notarial

titular actual del inmueble objeto de arrendamiento, consiente en la cesión del contrato de arrendamiento efectuada en la presente escritura.----------------------------------------

---SEPTIMO: Las partes otorgantes solicitan del Honorable Registrador de la Propiedad que inscriba la cesión efectuada mediante esta escritura de manera que el contrato de arrendamiento vigente quede inscrito a favor de la Cesionaria.-----------

------EXTENSION DE CONTRATO DE ARRENDAMIENTO-------

---OCTAVO: Que mediante documento privado otorgado ante notario entre la Arrendadora y los entonces Arrendatarios el día diecinueve (19) de octubre de dos mil uno (2001) acordaron dichas partes la extensión del contrato de arrendamiento vigente sobre el inmueble por un término adicional de diez (10) años cuya extensión del contrato las partes desean hacer constar ahora por escritura pública de forma que de dicha extensión del arrendamiento se tome razón en el Registro de la Propiedad lo cual llevan a cabo mediante las siguientes cláusulas que libremente----------------------------------------

---------------------OTORGAN---------------------

---(A) ANTONIA COTTO VELAZQUEZ, o sea, como Arrendadora y L.R. BAKERY STORES, INC., o sea, la Cesionaria, ahora como Arrendataria, ratifican el acuerdo de extender el contrato de arrendamiento sobre el inmueble descrito en el párrafo Primero de esta escritura por un término adicional de diez (10) años a contarse desde el día primero de marzo del año dos mil doce (2012) y a vencer por lo tanto el día veinticho (28) de febrero del año dos mil veintidós (2022).------------------------------



5

277



---(B) El canon de arrendamiento a ser satisfecho durante el término adicional del arrendamiento es el siguiente:------------------------------------

------(1) Los primeros cinco (5) años serán a razón de TRES MIL CIEN DOLARES ($3,100.00) mensuales.----

------(2) Los siguientes cinco (5) años serán a razón de TRES MIL QUINIENTOS DOLARES ($3,500.00) mensuales.------------------------------------

---(C) Las partes expresamente hacen constar que conocen, aceptan y se obligan en todas y cada una de las condiciones acordadas en la referida escritura veintinueve (29) de fecha veinticinco (25) de febrero de mil novecientos noventa y dos (1992) ante el Fedatario sobre **Contrato de Arrendamiento** a que se ha hecho referencia todas las cuales condiciones serán obligatorias para las partes durante el término adicional de diez (10) años de arrendamiento acordado entre ellas.--------

---(D) Cualquier notificación a efectuarse bajo el presente documento se considerará válida si es enviada por correo certificado con acuse de recibo a la siguiente persona y dirección:---------------

------Si a la Arrendadora: Sra. Antonia Cotto Velázquez, 9202 Paseo El Verde, Caguas, PR 00725.-

------Si a la Arrendataria: L.R. Bakery Stores Inc. PO Box 1212, Las Piedras, PR 00771.---------------

---NOVENO: Las partes otorgantes se obligan a gestionar y otorgar cualquier otro documento público o privado que fuere necesario o requerido para suplir cualquier omisión o detalle que deba aclararse, corregirse, enmendarse o adicionarse de forma que la inscripción de esta escritura en el Registro de la Propiedad sea efectuada en la forma expuesta anteriormente.--------------------------

Tribunal Supremo
de Puerto Rico
Archivo Notarial Caguas

cdo. Rafael L. Reyes Almodóvar
Archivero Notarial



6

278



Tribunal Supremo
de Puerto Rico
Archivo Notarial Caguas

do. Rafael L. Reyes Almodóyar
Archivero Notarial

---DECIMO: Todos los sellos, gastos y honorarios que ocasione el otorgamiento de esta escritura incluyendo la inscripción de la misma en el Registro de la Propiedad serán por cuenta y cargo de la Cesionaria.----------------------------------

--------------------ACEPTACION--------------------

---Hechas por mi, el Notario, las advertencias legales pertinentes y leída la escritura por los otorgantes, estos la aceptan y se ratifican en la misma por ser conforme a su voluntad y la otorgan ante mí en un solo acto iniciando todos sus folios en el margen y firmándola.------------------------

---DE TODO LO CUAL, así como de todo lo demás que aseguro o refiero en este instrumento publico, YO, el Notario bajo mi firma, signo, sello y rubrica, DOY FE.------------------------------------------



7

Certifico que el presente documento es copia fiel y exacta del original que consta de **SIETE (7)** folios de la escritura matriz que son copia fiel y exacta de los originales unidos a la matriz que son parte del protocolo de instrumentos públicos del año **2003** del (de la) notario(a) **RAFAEL A. PACHECO,** cuyo protocolo se encuentra bajo mi custodia en el Archivo Notarial del Distrito Notarial de **CAGUAS**, Puerto Rico, por virtud del Artículo 67 la Ley Núm. 75 del 2 de julio de 1987, según enmendada, en la cual aparecen los correspondientes aranceles debidamente adheridos y cancelados. En fe de ello y a solicitud de **LUIS G. ALAMO DIAZ**, quien acredita ser parte con interés legítimo, y luego de haber adherido y cancelado los correspondientes aranceles de la presente, expido **SEGUNDA** copia certificada, firmando hoy **5** de **JULIO** de 20**16**, en la ciudad de **CAGUAS**, Puerto Rico.



Tribunal Supremo
de Puerto Rico
Archivo Notarial Caguas
Lcdo. Rafael L. Reyes Almodóvar
Archivero Notarial

**Fill in this information to identify the case:**

Debtor name  **LR BAKERY STORES INC.**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | _____ | Street _____ | | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | | City      State      Zip Code | | | | |
| 2.2 | _____ | Street _____ | | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | | City      State      Zip Code | | | | |
| 2.3 | _____ | Street _____ | | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | | City      State      Zip Code | | | | |
| 2.4 | _____ | Street _____ | | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | | City      State      Zip Code | | | | |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **LR BAKERY STORES INC.** |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*........................................................................ $ __10,000.00__

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................... $ __2,601.54__

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................... $ __12,601.54__

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................... $ __0.00__

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $ __0.00__

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ __9,711.12__

4. **Total liabilities** ..........................................................................................................
   Lines 2 + 3a + 3b
   $ __9,711.12__

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Puerto Rico, San Juan Division

In re   **LR BAKERY STORES INC.**

Debtor(s)

Case No.

Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept                                         $

Prior to the filing of this statement I have received                               $

Balance Due                                                                          $

☑ **RETAINER**

For legal services, I have agreed to accept and received a retainer of              $          **8,000.00**

The undersigned shall bill against the retainer at an hourly rate of                $           **250.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.   The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**representation at local courts**

In re   **LR BAKERY STORES INC.**                                    Case No. _____
_____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
### (Continuation Sheet)

| |
|---|
| **CERTIFICATION**<br><br>    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**September 23, 2016**
_____
*Date*

/s/ Isabel Fullana
_____
**Isabel Fullana**
*Signature of Attorney*
**Garcia- Arregui & Fullana PSC**

**PO Box 11579**
**San Juan, PR 00910-2679**
**(787) 766-2530   Fax: (787) 756-7800**
**isabelfullana@gmail.com**
_____
*Name of law firm*

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com