TO: CLERK, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF MEETING OF CREDITORS

**CASE NAME** : **LR Bakery Stores, Inc.**  **CASE NUMBER** : **16-07578**

**CHAPTER** : **11**

**JUDGE** : **BKT**

**DATE OF MEETING: October 31, 2016**  **TIME OF MEETING: 09:00 a.m.**

**TRACK NUMBER** : **01**   /   /   /

**METER READING**
　　**START** : **0:00** (hr:min)   /(hr:min)   /(hr:min)   /(hr:min)

　　**END** : **0:31** (hr:min)   /(hr:min)   /(hr:min)   /(hr:min)

1) **DEBTOR:**
　( **X** ) PRESENT Mr. Lazaro Rizo, General Manager
　(　) NOT PRESENT Ms. Angela Hong, President
　(　) SPOUSE NOT PRESENT

2) **DEBTOR'S ATTORNEY:**
　( **X** ) PRESENT
　(　) NOT PRESENT

3) **CREDITORS:**
　( **X** ) PRESENT (See attachment)
　(　) NOT PRESENT

4) **TRUSTEE:**
　(　) HAS BEEN APPOINTED
　　　NAME OF TRUSTEE:_____
　( **X** ) HAS NOT BEEN APPOINTED

5) **UNSECURED CREDITORS COMMITTEE:**
　(　) HAS BEEN APPOINTED
　( **X** ) HAS NOT BEEN APPOINTED

6) **SCHEDULES:**
　( **X**) HAVE BEEN FILED
　(　) HAVE NOT BEEN FILED

7) **STATEMENT OF FINANCIAL AFFAIRS:**
　( **X**) HAS BEEN FILED
　(　) HAS NOT BEEN FILED

8) **INVENTORY OF THE PROPERTY OF THE DEBTOR'S ESTATE:**
　(　) HAS BEEN FILED
　( **X** ) HAS NOT BEEN FILED

9) **PROOF OF CLOSING PRE-PETITION BANK ACCOUNTS:**
　( **X** ) HAS BEEN FILED
　(　) HAS NOT BEEN FILED

10) **PROOF OF OPENING DEBTOR IN POSSESSION BANK ACCOUNTS:**
　( **X** ) HAS BEEN FILED
　(　) HAS NOT BEEN FILED

11) **TAX RETURNS LAST TWO YEARS:**
　( **X** ) HAVE BEEN FILED
　(　) HAVE NOT BEEN FILED

12) **FINANCIAL STATEMENT(s) LAST TWO YEARS:**
　(　) HAVE BEEN FILED
　( **X** ) HAVE NOT BEEN FILED

13) **RENT ROLL:**
　(　) HAS BEEN FILED
　( **X** ) HAS NOT BEEN FILED

14) **PROOF OF INSURANCE:**
　( **X** ) HAS BEEN FILED
　(　) HAS NOT BEEN FILED

15) **MEETING:**
　( **X** ) CLOSED
　(　) CONTINUED TO:

　　　DATE: _____
　　　TIME: _____

- 2 -

**16) COMMENTS:**

    I.      Meeting held and closed, subject to the filing of the following amendments:

         a. Schedule A/B: Debtor will amend to include machinery/equipment not listed, and account receivable from P.R. Treasury Department.
         b. Schedule E/F: Debtor will amend to list general manger as creditor.
         c. Statement of Financial Affairs: Debtor will amend to include prepetition transfers.

    II.     Debtor is to file/submit all of the above within 14 days.

**(Filed Electronically)**

s/ Julio Guzmán-Carcache
OFFICE OF THE UNITED STATES TRUSTEE         **Date: October 31, 2016**
Julio Guzmán-Carcache, Esq.
Trial Attorney
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Tel.: (787) 729-7444 / Fax: (787) 729-7449
Julio.Guzman@usdoj.gov

| NAME | PARTY REPRESENTED (IF ATTORNEY) | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Ángel M. Ríos | Subversakl | Río #540, Coamo PR. | (787)398-17_ | |
| Juan A. Uriede | Dining | T. partado 360081, San Juan, P.R. | (787) 754-1391 | |
| Statue M | Willith | 352 Ponce de Leon 1108 San Juan PR | 787-766-2538 | |